1  William D. Janicki (CSBN 215960)
   wjanicki@schnader.com
2  Lilian M. Loh (CSBN 296196)
   lloh@schnader.com
3  Schnader Harrison Segal & Lewis LLP
   650 California Street, 19th Floor
4  San Francisco, California 94108
   Telephone: 415-364-6700
5  Facsimile: 415-364-6785

6  William R. Black (CSBN 134048)
   william.black@mdhelicopters.com
7  MD Helicopters, Inc.
   4555 East McDowell Road
8  Mesa, Arizona 85215
   Telephone: 480-346-6410
9  Facsimile: 480-346-6410

10 Attorneys for Plaintiff MD HELICOPTERS, INC.

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14 MD HELICOPTERS, INC.,                    )  Case No:
                                            )
15                       Plaintiff,         )
                                            )
16         vs.                              )  **MD HELICOPTERS,  INC.'S**
                                            )  **COMPLAINT FOR:**
17 AEROMETALS, INC.,                        )
                                            )  **1.  DIRECT COPYRIGHT**
18                       Defendant.         )      **INFRINGEMENT;**
                                            )
19                                          )  **2.  CONTRIBUTORY COPYRIGHT**
                                            )      **INFRINGEMENT;**
20                                          )
                                            )  **3.  INDUCING COPYRIGHT**
21                                          )      **INFRINGEMENT;**
                                            )
22                                          )  **4.  FEDERAL UNFAIR**
                                            )      **COMPETITION;**
23                                          )
                                            )  **5.  CALIFORNIA STATUTORY**
24                                          )      **UNFAIR COMPETITION;**
                                            )
25                                          )  **6.  CALIFORNIA COMMON LAW**
                                            )      **UNFAIR COMPETITION;**
26                                          )
                                            )  **7.  UNJUST ENRICHMENT;**
27                                          )
                                            )  **8.  INJUNCTIVE RELIEF;**
28                                          )
                                            )      **DEMAND FOR JURY TRIAL**
                                            )

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5
MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

**COMPLAINT**

Plaintiff, MD Helicopters, Inc. ("MDHI"), by its attorneys, brings this action for damages and injunctive relief against Defendant, Aerometals, Inc. ("Aerometals" or "Defendant"), and complains and alleges, on personal knowledge as to its own activities, and on information and belief as to the activities of others, as follows:

**JURISDICTION AND VENUE**

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under 17 U.S.C. § 101 *et seq.*; for federal unfair competition under The Lanham Act, 15 U.S.C. § 1051 *et seq.*; for California statutory unfair competition under California Business and Professions Code § 17200 *et seq.*; for California common law unfair competition, and for unjust enrichment arising from Defendant's unauthorized, unlawful, unfair, and infringing use of MDHI's valuable intellectual property including its copyrighted materials.

2.      This Court has jurisdiction over this action by virtue of 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a) and (b).  This Court has supplemental jurisdiction over the state law claims brought herein pursuant to 28 U.S.C. § 1367 because they share a common nucleus of operative fact with, and form part of the same case or controversy, as the federal claims brought herein.

3.      This Court also has jurisdiction over the subject matter of this action under 28 U.S.C. § 1332, because the parties are of diverse citizenship as defined in 28 U.S.C. § 1332(a) and the amount in controversy exceeds $75,000.

4.      This Court has personal jurisdiction over Aerometals in that Aerometals has its principal place of business and is doing business in the State of California and in this judicial District.  In addition, many of the acts of infringement and unfair competition complained of herein occurred in the State of California and in this judicial District, and Aerometals has caused injury to MDHI and its intellectual property in the State of California and in this judicial District

5.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

**THE PARTIES**

6.     Plaintiff, MD Helicopters, Inc., is a corporation duly organized and existing under the laws of the State of Arizona, with its principal place of business in Mesa, Arizona.

7.     Defendant, Aerometals, Inc., is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in El Dorado Hills, California, and is qualified to transact business in California.

**GENERAL ALLEGATIONS**

**MD Helicopters, Inc. and Its Intellectual Property Rights**

8.     MDHI is one of the world's leading manufacturers of helicopters for the commercial, military, and law enforcement markets.  MDHI produces helicopters at its manufacturing facility in Mesa, Arizona.  For more than 50 years, MDHI helicopters have been recognized for their value, versatility, and performance.  These helicopters are used for a variety of missions such as executive transport, news-gathering, search and rescue, air-medical services, aerial photography, power line operations, forestry operations, firefighting operations, and military and law enforcement purposes.

9.     One of MDHI's most successful product lines is a family of helicopters based on the single engine MD 500 model.  This helicopter family currently includes the civilian MD 520N, MD 500E, MD 530F, MD 530G, MD 540F, and MD 600N[1], as well as several military variations manufactured for the U.S. Department of Defense under government procurement contracts.

10.     The civilian versions of this helicopter are collectively called the "MD 500 Series."  In March 2015, Vertical Magazine selected the MD 500 Series helicopters as the best civilian helicopters of all time.  The MD 500E civilian model is shown below:

---

[1] The MD 600N is a stretched version of MD 520N allowing for an extra row of seats.

PHDATA 5532947_5
MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785



11.     The MD 500 Series used by the civilian market traces its roots back more than 50 years to the Hughes Tool Company, who first designed the original version of the helicopter in the 1960s under a federal government contract for the U.S. Army and designated it the Hughes Model 369 (OH-6A).  The Model 369 (OH-6A) was designed as a single engine light military helicopter used for observation, casualty evacuation, escort, and personnel transport. The Model 369 (OH-6A) used by the U.S. Army is shown below:

12.     A number of variants of the Model 369 (OH-6A) were manufactured over the years under federal government contracts including a special operations version designated the MH-6 (known as the Little Bird) and a light attack version designated the AH-6.  The special operations light attack version, the AH-6, is shown below.

4

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

PHDATA 5532947_5



SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

13.      MDHI acquired the intellectual property rights in the design of the original Model 369 (OH-6A) as well as subsequent variations such as the MH-6 and the AH-6 and the civilian derivative MD 500 Series helicopters on January 18, 1999 when it acquired the intellectual property rights in the MD 500 Series originally held by the Hughes Tool Company.

14.      MDHI now maintains these valuable intellectual property rights in the Original Equipment Manufacturer ("OEM") drawings for the component parts the civilian MD 500 Series, which are derived from of the original Model 369 (OH-6A) and its variants.

15.      MDHI, or its predecessors, granted the U.S. government a restricted, nonexclusive limited license to use and reproduce MDHI's proprietary and copyrighted information, including the OEM drawings, for the purpose of obtaining spare and replacement parts for military versions of this helicopter under the terms of various federal government procurement contracts.  The U.S. government is therefore authorized under these contracts, and pursuant to federal acquisition regulations, to utilize MDHI's OEM drawings in order to obtain spare and replacement parts for its military helicopters from third party suppliers.  Use of MDHI's proprietary and copyright protected OEM drawings, however, may only be used by third party suppliers pursuant to the U.S. government license for the production of parts for the military Model 369 (OH-6A) helicopters and its derivatives, and not for the MD 500 Series civilian market.

16.      MDHI currently owns, by written agreement, the copyright in the original OEM drawings, which were authored by MDHI's predecessors.  MDHI's intellectual property,

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

therefore, includes the OEM engineering drawings for the component parts of the original Model 369, its military derivatives, as well and as for the MD 500 Series civilian helicopters. As design changes have been implemented over the years, MDHI has updated and modified these OEM drawings.

17.     Today, the MD 500 Series of helicopters used in the civilian market are direct derivatives of the original Model 369 (OH-6A) built for the U.S. Army.  Numerous parts for the civilian and military versions of this helicopter share many of the same OEM drawings owned by MDHI.

18.     These OEM drawings include material specifications, dimensions, tolerances, production processes, and performance data as well as many other pieces of information required to manufacture new helicopters and to produce spare and replacement parts for these helicopters.

19.     The overall designs for the MD 500 Series helicopters, including the OEM drawings, have been approved by the Federal Aviation Administration ("FAA") for civilian use by ensuring compliance with federal design requirements established for civilian helicopters. The federal design standards for normal category helicopters such as the MD 500 Series are found at 14 Code of Federal Regulations (CFR) Part 27 or in its predecessor, Civil Air Regulation (CAR) Part 6.

20.     When an overall design is approved, the FAA will issue a Type Certificate to a helicopter manufacturer, evidencing a determination that the helicopter's design complies with all federal airworthiness requirements and certification standards found either in 14 CFR Part 27 or its predecessor CAR Part 6.  Once a Type Certificate is issued for a particular design, that design cannot be changed without subsequent FAA approval.

21.     The type designs for the MD 500 Series are certified by the FAA for the civilian market through Type Certificate H3WE.   MDHI acquired ownership of Type Certificate H3WE on February 18, 1999.  This Type Certificate is required for MDHI to sell the MD 500 Series civilian models of the helicopter to the public.

22.     In contrast to how civilian helicopters are certified, the military variations of the

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

MD 500 Series, including the Model 369 (OH-6A), MH-6, and AH-6, are not issued a Type Certificate from the FAA because military helicopters are not required to conform to civilian airworthiness standards.  Military helicopters are required to conform to government contract specifications and their design is accepted and approved by the military as conforming to military specifications.

23.    As the Type Certificate holder, MDHI is required by the FAA to issue instructions for continued airworthiness for the MD 500 Series.  This is done through an FAA approved maintenance program and the use of various FAA approved technical publications.  Operators must comply with the approved maintenance program to maintain the helicopter's FAA airworthiness certificate.

24.    MDHI produces a number of technical publications to support the continued airworthiness of the MD 500 Series.  The MDHI Basic Handbook of Maintenance Instructions provides system descriptions, servicing and maintenance procedures, periodic and special inspections, overhaul schedules, limited life component replacement schedules, and weight and balance calculations.  The MDHI Component Overhaul Manual contains overhaul instructions for major components such as the main transmission, tail rotor transmission, and other systems.  The MDHI Structural Repair Manual contains helicopter structural maintenance and repair information.  The MDHI Illustrated Parts Catalogue provides, by means of text and companion illustrations, a complete definition of all repair parts and spare items available for all configurations of the helicopter.

25.    MDHI maintains valuable intellectual property rights, including copyrights, in the several technical publications related to the MD 500 Series helicopters, such as its Basic Handbook of Maintenance Instructions, Component Overhaul Manual, Structural Repair Manual, and Integrated Parts Catalogue, and their revisions (together, "Technical Manuals").

26.    The Technical Manuals and OEM drawings for the MD 500 Series helicopters contain valuable proprietary and copyrighted information owned by MDHI ("MDHI Copyrighted Material").  MDHI has invested and continues to invest substantial sums of money, as well as time, effort, and creative talent to develop, create, update, and revise the MDHI

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

Copyrighted Material.

27. MDHI currently owns, by written agreement, the copyright in the original versions of the Technical Manuals, which were authored by MDHI predecessors. After MDHI acquired ownership of all intellectual property rights in the Technical Manuals in 1999, it began placing a copyright notice on the material. MDHI also began including the following proprietary rights notice and restricted use description in its Technical Manuals:

**PROPRIETARY RIGHTS NOTICE**
**The technical data and information contained in this publication is the property of and proprietary to MD Helicopters, Inc. and is not to be disclosed or reproduced in whole or in part without the written consent of MD Helicopters, Inc.**
**RESTRICTED USE**
**MDHI provides this manual for use by owners, operators and maintainers of MDHI products and authorized parts. Use by STC or PMA applicants or holders as documentation to support their certificates is not an authorized use of this manual and is prohibited. MDHI takes no responsibility for customer's use of parts manufactured under an STC or PMA when this manual is used as documentation with the Federal Aviation Administration to justify the STC or PMA. Use of unauthorized parts on MDHI products will void the MDHI warranty offered to the customer on components and may void the warranty on the helicopter.**

28. Under Section 106 of the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*, (the "Copyright Act"), MDHI has the distinct, severable, and exclusive rights to, among other things, reproduce, make derivative works, distribute, and publically display the MDHI Copyrighted Material.[2]

29. MDHI has never granted Aerometals a license, authorization, consent, or permission to use or exercise any of its exclusive rights in the MDHI Copyrighted Material.

**Aerometals Inc. and Its Infringing Activities**

30. Aerometals is an aerospace manufacturing company that supplies aftermarket spare and replacement parts for the military and civilian versions of the MD 500 Series helicopters.

31. Aerometals has federal government procurement contracts with the U.S. Department of Defense to produce spare and replacements parts for the military versions of the

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

---

[2] 17 U.S.C. §§ 106 (1)-(6).

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

MD 500 Series helicopters, including the Model 369 (OH-6A), MH-6, and AH-6.

32.     As a federal government contractor, Aerometals has access to MDHI's OEM drawings for spare and replacement parts for the military versions of the MD 500 Series helicopters provided by the U.S. government.  Aerometals, however, may only use these OEM drawings in accordance with the terms of its contract with the U.S. government and subject to the nonexclusive limited license granted to the U.S. government by MDHI or its predecessors.

33.     The OEM drawings that Aerometals received from the U.S. government may only be used for spare and replacement parts for military helicopters pursuant to the nonexclusive limited license granted to the U.S. government.  The OEM drawings may not be used to produce spare and replacement parts for the civilian MD 500 Series market.

34.     The OEM drawings for the military helicopters, however, are often identical to the OEM drawings as those used for the MD 500 Series civilian counterparts.

35.     Because the military and civilian versions of the MD 500 Series helicopters share numerous identical pats, MDHI placed a proprietary and copyright notice restricting the use of its OEM drawings by parties other than the U.S. government.

36.     Many of the MDHI OEM drawings contain the following proprietary notice:

```
MD HELICOPTERS, INC, PROPRIETARY.
THIS MATERIAL IS ALSO LIMITED RIGHTS DATA OR RESTRICTED
RIGHTS DATA IN ACCORDANCE WITH FAR SUBPART 27.4. OR LIMITED
RIGHTS TECHNICAL DATA IN ACCORDANCE WITH DOD FAR SUPPLEMENT
227.7102-1(B)(2)RECIPIENT BY ACCEPTING THIS DOCUMENT AGREES
THAT NEITHER THIS DOCUMENT NOR ANY PART THEREOF SHALL BE
REPRODUCED OR TRANSFERRED TO OTHER DOCUMENTS OR USED BY
RECIPIENT, OR DISCLOSED TO OTHERS, FOR MANUFACTURING
(SUCH AS PMA AUTHORITY) OR ANY OTHER PURPOSE EXCEPT AS
SPECIFICALLY AUTHORIZED IN WRITING BY MD HELICOPTERS, INC.
ALL RIGHTS RESERVED BY MD HELICOPTERS, INC. UNDER UNITED
STATES AND FOREIGN COPYRIGHT LAWS.
```

37.     This notice acknowledges the non-exclusive limited license granted to the U.S. government by MDHI for use of its OEM drawings contained in 48 C.F.R § 27.4 and 48 C.F.R § 227.7102-1.  All other intellectual property rights to the OEM drawings are reserved to MDHI.

38.     Despite the proprietary notice above, and without authorization from MDHI, Aerometals used MDHI's OEM drawings to compete unfairly in the civilian market for MD 500

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5

Series spare and replacement parts.  Aerometals infringed on MDHI's valuable intellectual property rights in these OEM drawings as more fully described below.

39.     Aerometals, in violation of MDHI's valuable intellectual property rights, unfairly and improperly obtained an approval from the FAA to manufacture spare and replacement parts for civilian MD 500 Series helicopters, known as a Parts Manufacturer Approval ("PMA").

40.     14 CFR § 21.303(a) requires any person producing replacement or modification parts for sale for installation on a type-certificated product to get a PMA.  A PMA is a combined design and production approval from the FAA for aviation replacement parts.

41.     A PMA is required to manufacture and sell replacement parts for helicopter designs that are Type Certified by the FAA, such as the MD 500 Series.  A PMA may be granted by the FAA when the part is shown to be identical to the original part such as when a third party supplier has a license agreement from the OEM to use its OEM drawings.  A PMA may be granted based on identicality when the supplier provides the data supporting the identicality claim such as data to verify the identicality in dimensional and material characteristics, special processes and coatings, and test and acceptance criteria.  The FAA cautions that identicality without access to the original design data is nearly impossible for sophisticated parts with proprietary processes or coatings.  Finally, a PMA may be approved by the FAA when the supplier provides independent tests and computations for review and approval demonstrating the part meets airworthiness standards.  This data package describes the part design, which includes materials, processes, test specifications, system compatibility, maintenance instructions, and part interchangeability.  The package also includes a test and substantiation plan to show compliance with applicable airworthiness standards.

42.     Aerometals improperly used MDHI's OEM drawings and infringed on its intellectual property rights in order to fraudulently and unfairly obtain PMA No. PQ2112NM from the FAA to manufacture and sell spare and replacement parts for the civilian versions of the MD 500 Series helicopters.  Aerometals removed MDHI's proprietary markings from these OEM drawings and placed their own markings on them falsely indicating origin or authorization for their use.

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

1    43.    Aerometals unfairly and fraudulently submitted MDHI's OEM drawings, or

2   derivative works prepared from MDHI's OEM drawings, to the FAA in order to acquire PMA

3   No. PQ2112NM.  Aerometals misrepresented that these drawings were the proprietary materials

4   of Aerometals when they were in fact the proprietary material of MDHI.  Based on this

5   fraudulent misrepresentation, Aerometals received PMA No. PQ2112NM from the FAA to

6   manufacture and sell numerous MD 500 Series spare and replacement parts for the civilian

7   market.

8    44.    Aerometals continues to update and make minor design changes to its PMA parts

9   and submits these changes for approval to the FAA.  Aerometals prepares derivative works

10  from MDHI's OEM drawings for these minor design changes and submits the drawings to the

11  FAA for subsequent PMA approval incorporating these changes.

12    45.    A recent example of a PMA approval granted by the FAA to Aerometals for the

13  manufacture of a Tail Rotor Driveshaft Assembly incorporating a minor design change is shown

14  below.  PMA No. PQ21122NM Supplement No. 03 is dated September 23, 2015:

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

U.S. Department
of Transportation
**Federal Aviation
Administration**

## FEDERAL AVIATION ADMINISTRATION - PARTS MANUFACTURER APPROVAL

**Aerometals**
3920 Sandstone Drive
El Dorado Hills, CA 95762

PMA No. __PQ2112NM__
Supplement No.: __03__
Date: __September 23, 2015__

| Article Name | Article Number | Approved Replacement for Article Number | Approval Basis and Approved Design Data | Make/TCH Eligibility | Model/Series Eligibility |
|---|---|---|---|---|---|
| Tail Rotor Driveshaft Assy | AM369A5518-601 | 369A5518-601 | Test and Computations per 14 CFR § 21.303 Dwg No: Aero-MDL-005 Rev: D Date: 4/27/15 or later FAA approved revisions | MDHI (Hughes) | 369A, 369HM, 369HS, 369HE |

-----------------------------------END OF DATA-----------------------------------

GENERAL NOTES:

Provide minor design changes in a manner as determined by the ACO.  Process major design changes to drawings and specifications in the same manner as that for an original FAA-PMA.

The FAA accepted the ICA approach for the above articles with their designs.  These ICA may refer to those of the respective articles from the holders of type certificates.  Otherwise, provide supplemental ICA for differences in the replacement articles. Make referral statements or supplemental ICA readily available per 14 CFR 21.50.

Signatures are on file

Ronald Atmur
Manager, Los Angeles Aircraft
Certification Office

For John Rigg
Acting Manager, Seattle Manufacturing
Inspection District Office

46.  Aerometals fraudulently obtained FAA's approval to manufacture and sell this part through a PMA by preparing a derivative work of MDHI's OEM drawing for the Tail Rotor Driveshaft Assembly and submitting the derivative work to the FAA as Aerometals' own proprietary work.

47.  Ever since Aerometals obtained PMA No. PQ2112NM from the FAA, it has been competing unfairly for spare and replacement parts for the MD 500 Series.

48.  In addition, Aerometals improperly used MDHI's OEM drawings and Technical Manuals in order to fraudulently and unfairly obtain an approval from the FAA known as a Supplemental Type Certificate ("STC") to manufacture and sell certain modified spare and

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

PHDATA 5532947_5

1   replacement parts for the civilian MD 500 Series.

2          49.     An STC is an approval from FAA to modify a part from its original design for

3   use on a type-certified product such as the MD 500 Series.  Aerometals contracted with a

4   company named Aircraft Manufacturing Company, LLC ("AMC") to prepare a number of STC

5   applications to the FAA to modify MD 500 Series parts and to prepare Installation Instructions

6   for these parts.  Aerometals improperly, and in violation of MDHI's intellectual property rights,

7   provided AMC with infringing copies of MDHI's OEM drawings and Technical Manuals to

8   prepare these STC applications and Installation Instructions, which were then submitted to the

9   FAA as proprietary material of Aerometals.

10         50.     Shown below is a recent example of an STC for a horizontal stabilizer unfairly

11  obtained by Aerometals by submitting to the FAA derivative works prepared from MDHI's

12  OEM drawings and Technical Manuals:

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

United States Of America
Department of Transportation - Federal Aviation Administration

# Supplemental Type Certificate

*Number* SR01524SE

*This Certificate issued to*

Aerometals
3920 Sandstone Drive
El Dorado Hills, California 95762

*certifies that the change in the type design for the following product with the limitations and conditions therefor as specified hereon meets the airworthiness requirements of Part* 6 *of the Civil Air Regulations.*

*Original Product Type Certificate Number:* H3WE

*Make:* MD Helicopters, Inc.

*Model:* 369A, 369HM, 369HS, 369HE

*Description of Type Design Change* Fabrication of AMC AM369A3600-603 horizontal stabilizer in accordance with AMC Master Drawing List No. MDL-AMC-008, Revision Initial Release, dated August 6, 2004, or later Federal Aviation Administration (FAA) approved revision. The horizontal stabilizer must be installed in accordance with AMC Installation Instructions MI-03003, Revision Initial Release, dated December 15, 2003, or later FAA approved revision.

*Limitations and Conditions* Approval of this change in type design applies to the rotorcraft models listed above only. This approval should not be extended to other rotorcraft of this model on which other previously approved modifications are incorporated unless it is determined that the relationship between this change and any of those other previously approved modifications, including changes in type design, will introduce no adverse effect upon the airworthiness of that rotorcraft. A copy of this certificate must be maintained as part of the permanent record of the modified rotorcraft. If the holder agrees to permit another person to use this certificate to alter the product, the holder shall give the other person written evidence of that permission.

*This certificate and the supporting data which is the basis for approval shall remain in effect until surrendered, suspended, revoked or a termination date is otherwise established by the Administrator of the Federal Aviation Administration*

*Date of application:* April 8, 2003          *Date reissued:* June 28, 2006

*Date of issuance:* March 25, 2005          *Date amended:* September 9 2014

*By direction of the Administrator*

(Signature)

Manager, Airframe Branch
Los Angeles Aircraft Certification Office *(Title)*

PHDATA 5532947_5
MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

51. Aerometals continues to use, copy, display, distribute, publish, and create derivative works from MDHI's copyrighted and proprietary OEM drawings and Technical Manuals, without authorization from MDHI, in order to obtain PMA and STC approval from the FAA. Aerometals further infringes on MDHI's Copyrighted Material by creating Installation Instructions and Instructions for Continued Airworthiness for these parts.

52. An example of Aerometals' Installation Instructions for the horizontal stabilizer described above in paragraph 50 is shown below. This Installation Instruction is a derivative work prepared from MDHI's Technical Manuals and is provided by Aerometals to its customers on its website in violation of MDHI's intellectual property rights including its copyrights:



SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

PHDATA 5532947_5

53.     Aerometals has removed MDHI's name and proprietary notices from the infringing copies, and has engaged in passing off MDHI's work, and the material embodied in that work, as materials originating from Aerometals.  Aerometals displays this infringing work under the AMC name, the company Aerometals contracted with to obtain an STC, although this work was originally created by MDHI.  This infringing activity is likely to cause confusion, mistake, or to deceive as to the affiliation, connection, or association between AMC, Aerometals and MDHI.

54.     Aerometals makes these infringing works available to it its customers through its website (www.aerometals.aero).  This activity constitutes direct and indirect infringement of MDHI's intellectual property and facilitates Aerometals' unfair and fraudulent competition for spare and replacement parts for the MD 500 Series.

55.     Another example of Aerometals' willful infringement of MDHI's intellectual property is shown below in Aerometals' Installation Instructions, published for an oil seal manufactured by Aerometals:



*Figure 1* – Tail Rotor Transmission – Four Bladed Model (Part 1 of 3)

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL
PHDATA 5532947_5

56.     The Aerometals' schematic above depicts a tail rotor transmission that incorporates its oil seal, and is directly copied from MDHI's proprietary Technical Manuals, as shown below.  MDHI's markings have been removed from the schematic, and Aerometals' name has been added along with the Aerometals' part highlighted in yellow.  This infringing activity is likely to cause confusion, mistake, or to deceive as to the affiliation, connection, or association between Aerometals and MDHI.



57.     Aerometals provides the schematic in paragraph 55 to the public and publishes it on its website (www.aerometals.aero) in violation of MDHI's intellectual property rights. Aerometals also induces its customers to infringe MDHI's proprietary rights by making the infringing material available on its website for display and download by its customers. This activity constitutes direct and indirect infringement of MDHI's intellectual property and

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5
MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

1   facilitates Aerometals' unfair and fraudulent competition for spare and replacement parts for the

2   MD 500 Series

3        58.     These are just two examples of the numerous infringing documents that

4   Aerometals makes available to its customers on its website.

5        59.     Aerometals, by its infringing acts described herein, has willfully, intentionally,

6   and purposefully, with disregard to MDHI's rights, violated MDHI's copyright notice and its

7   proprietary rights and restricted use notice in its Technical Manuals to unlawfully and unfairly

8   compete in the civilian market for spare and replacement parts for MD 500 Series helicopters.

**COUNT I**
**DIRECT COPYRIGHT INFRINGEMENT**
**(17 U.S.C. §§ 106 and 501)**

9
10

11        60.     MDHI repeats and re-alleges each of the allegations set forth above in

12   paragraphs 1 through 59, as if fully set forth herein.

13        61.     MDHI's Technical Manuals and OEM drawings for the MD 500 Series are

14   original works of authorship and constitute copyrightable subject matter under Section 102 of

15   the Copyright Act.

16        62.     MDHI owns the copyrights in the Technical Manuals and OEM drawings

17   described herein and has submitted completed applications, fees, and deposit copies for

18   copyright registrations with the Register of Copyrights prior to bringing this lawsuit pursuant to

19   17 U.S.C. § 411(a)  and *Cosmetic Ideas Inc. v. IAC/Interactive Corp.*, 606 F.3d 612 (9th Cir.

20   2010).

21        63.     On or about August 25, September 15, and September 16, 2016 MDHI submitted

22   to the Register of Copyrights complete applications for registration, deposit copies, and the

23   applicable fees to register the copyright in the documents described in Exhibit A, and MDHI is

24   awaiting the issuance of certificates of registration.  The documents described in Exhibit A each

25   have been assigned a Service Request Number by the Register of Copyrights, and are MDHI's

26   Registered Copyrighted Material.

27        64.     Under Section 106 of the Copyright Act of 1976, 17 U.S.C. § 106 *et seq.*, MDHI

28   has the exclusive right to, among other things, reproduce, prepare derivative works, publically

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

18

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

display, or distribute the Registered Copyrighted Material.

65.     In an effort to unfairly commercially capitalize on MDHI's intellectual property, Aerometals has engaged in direct copyright infringement by reproducing, preparing derivative works, displaying, and distributing MDHI's Registered Copyrighted Material without authorization.  Aerometals does not have any license, authorization, permission, or consent to use MDHI's Registered Copyrighted Material.

66.     Aerometals also deliberately induces and facilitates the infringement of MDHI's Registered Copyrighted Material by providing its customers with infringing materials and providing a means for its customers to download infringing material from its website.

67.     Through the conduct averred herein, Aerometals has infringed MDHI's copyright in the Registered Copyrighted Material in violation of Sections 106 and 501 of the Copyright Act.

68.     Each infringement by Aerometals of MDHI's Registered Copyrighted Material, during the period three years prior to the date of this complaint, constitutes a separate and distinct act of infringement.

69.     Aerometals' acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to the rights of MDHI.

70.     As a direct and proximate result of Aerometals' infringement, MDHI is entitled to damages, during the period three years prior to the date of this complaint, in an amount to be proven at trial and which are not currently ascertainable.

71.     MDHI is also entitled to Defendant's profits attributable to each infringement pursuant to 17 U.S.C. § 504(b) during the period three years prior to the date of this complaint.

72.     MDHI is informed and believes and on that basis avers that unless enjoined and restrained by this Court, Aerometals will continue to infringe MDHI's rights in the Registered Copyrighted Material.  MDHI is entitled therefore, to a permanent injunctive relief to restrain and enjoin Defendant's continuing infringing conduct.

**COUNT II**
**CONTRIBUTORY COPYRIGHT INFRINGEMENT**
**(17 U.S.C. §§ 106 and 501)**

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5

73.     MDHI repeats and re-alleges each of the allegations set forth above in paragraphs 1 through 72, as if fully set forth herein.

74.     Aerometals materially contributed to and/or caused its customers for MD 500 Series spare and replacement parts to infringe MDHI's copyright in the Registered Copyrighted Material through the unauthorized reproduction, public display, and distribution of the Registered Copyrighted Material.

75.     Through the conduct averred herein, Aerometals has contributed to the infringement of MDHI's copyright in the Registered Copyrighted Material in violation of Sections 106 and 501 of the Copyright Act.  MDHI's copyright is directly infringed each time one of Aerometals' customers or prospective customers displays or downloads infringing material from Aerometals' website.

76.     Each contributory infringement by Aerometals of MDHI's Registered Copyrighted Material, during the period three years prior to the date of this complaint, constitutes a separate and distinct act of infringement.

77.     Aerometals' acts of contributory infringement are willful, intentional, and purposeful, in disregard of and with indifference to the rights of MDHI.

78.     As a direct and proximate result of Aerometals' contributory infringement, MDHI is entitled to damages, during the period three years prior to the date of this complaint, in an amount to be proven at trial and which are not currently ascertainable.

79.     MDHI is also entitled to Defendant's profits attributable to the contributory infringement pursuant to 17 U.S.C. § 504(b) during the period three years prior to the date of this complaint.

**COUNT III**
**INDUCING COPYRIGHT INFRINGEMENT**
**(17 U.S.C. §§ 106 and 501)**

80.     MDHI repeats and re-alleges each of the allegations set forth above in paragraphs 1 through 79, as if fully set forth herein.

81.     Aerometals has intentionally induced its customers or prospective customers for MD 500 Series spare and replacement parts to infringe MDHI's copyright in the Registered

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

PHDATA 5532947_5

Copyrighted Material through the unauthorized reproduction, display, and distribution of the Registered Copyrighted Material.

82. Through the conduct averred herein, Aerometals has induced infringement of MDHI's copyright in the Registered Copyrighted Material in violation of Sections 106 and 501 of the Copyright Act.

83. Each induced infringement by Aerometals of MDHI's Registered Copyrighted Material, during the period three years prior to the date of this complaint, constitutes a separate and distinct act of infringement.

84. Aerometals' acts of induced infringement are willful, intentional, and purposeful, in disregard of and with indifference to the rights of MDHI.

85. As a direct and proximate result of Aerometals' induced infringement, MDHI is entitled to damages, during the period three years prior to the date of this complaint, in an amount to be proven at trial and which is not currently ascertainable.

86. MDHI is also entitled to Defendant's profits attributable to the induced infringement pursuant to 17 U.S.C. § 504(b) during the period three years prior to the date of this complaint.

**COUNT IV**
**FEDERAL UNFAIR COMPETITION**
**(LANHAM ACT 15 U.S.C. § 1125(a))**

87. MDHI repeats and re-alleges each of the allegations set forth above in paragraphs 1 through 86, as if fully set forth herein.

88. Aerometals has misappropriated MDHI's OEM drawings and its Technical Manuals and used these to manufacture and sell spare and replacement parts for MD 500 Series helicopters, unfairly utilizing MDHI's proprietary and copyrighted materials and deceiving consumers.

89. For example, Aerometals improperly used MDHI's OEM drawings to unfairly obtain authority and approval from the FAA, in the form of a PMA or an STC, to produce spare and replacement parts for the MD 500 Series. In addition, many of the Aerometals' Installation Instructions and Instructions for Continued Airworthiness unfairly incorporate diagrams from

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

MDHI Technical Manuals, infringing on MDHI's intellectual property rights, while falsely associating Aerometals' name and markings with these diagrams.

90.     Aerometals use of MDHI's OEM drawings and Technical Manuals are likely to cause confusion, mistake, or to deceive as to the affiliation, connection, or association between Aerometals and MDHI.

91.     Aerometals has deliberately, willfully, and maliciously engaged in these acts with the intent to compete unfairly with MDHI.  Aerometals' actions, without permission or authority, amount to unfair competition, false association, and misappropriation under The Lanham Act, 15 U.S.C. § 1125(a), which has caused and continues to cause serious injury to MDHI.

92.     Aerometals' acts constitute false or misleading description and/or representation of fact and false association in connection with the sale of goods and services in commerce, in violation of MDHI's rights under The Lanham Act, 15 U.S.C. § 1125(a), and likely to cause confusion, mistake or deceive as to the affiliation, connection or association of Aerometals with MDHI or which is likely to cause confusion, mistake or deceive as to whether MDHI is associated with the origin, sponsorship, or approval of the goods, services or commercial activities of Aerometals.

93.     As a direct and proximate result of Aerometals' unfair competition in its unauthorized use of MDHI's OEM drawings and Technical Manuals, MDHI is entitled to damages in the nature of Aerometals' profits, actual damages, and the costs of this action pursuant to 15 U.S.C. § 1117(a) for each infringement.

94.     Aerometals' conduct constitutes intentional, willful, knowing and deliberate unfair competition and was undertaken with the intention of causing confusion, mistake or deception, making this an exceptional case entitling MDHI to recover additional damages and reasonable attorneys' fees.

95.     Pursuant to 15 U.S.C. §1117(a), any monetary damages awarded to MDHI should be trebled.  Pursuant to 15 U.S.C. §1117(a), MDHI is entitled to an award of attorneys' fees and costs of suit.

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

96. Aerometals' conduct, as averred herein, is causing and, unless enjoined and restrained by this Court, will continue to cause MDHI great and irreparable injury that cannot fully be compensated or measured in money. MDHI has no adequate remedy at law. Pursuant to 15 U.S.C. § 1116, MDHI is entitled to a permanent injunction prohibiting further unfair competition by Defendant.

## COUNT V
## CALIFORNIA STATUTORY UNFAIR COMPETITION
### (CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200)

97. MDHI repeats and re-alleges each of the allegations set forth above in paragraphs 1 through 96, as if fully set forth herein.

98. California Business and Professions Code § 17200 *et seq.*, prohibits any "unlawful, unfair, or fraudulent business act or practice."

99. Aerometals' acts complained of herein constitute willful and deliberate unlawful, unfair, or fraudulent business acts or practices under Cal. Bus. & Prof. Code § 17200 *et seq.* in wanton disregard of MDHI's intellectual property rights.

100. Aerometals has misappropriated MDHI's OEM drawings and its Technical Manuals and used these to manufacture and sell spare and replacement parts for MD 500 Series helicopters with FAA approval, unfairly utilizing MDHI's proprietary materials and deceiving consumers.

101. Aerometals improperly used MDHI's OEM drawings to unfairly obtain authority and approval from the FAA, in the form of a PMA or an STC, to produce spare and replacement parts for the MD 500 Series. In addition, many of the Aerometals' Installation Instructions and Instructions for Continued Airworthiness unfairly incorporate diagrams from MDHI Technical Manuals in violation of MDHI's intellectual property rights.

102. In an effort to unfairly commercially capitalize on MDHI's intellectual property, Aerometals has engaged in direct and indirect copyright infringement by reproducing, preparing derivative works, displaying, and distributing MDHI's Registered Copyrighted Material without authorization.

103. Aerometals also deliberately induces and facilitates the infringement of MDHI's

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

Registered Copyrighted Material by providing its customers with infringing materials and providing a means for its customers to download and display infringing material from its website.

104.    Aerometals has misappropriated MDHI's OEM drawings and its Technical Manuals and used these to manufacture and sell spare and replacement parts for MD 500 Series helicopters, unfairly utilizing MDHI's proprietary materials and deceiving consumers in violation of 15 U.S.C. § 1125(a).

105.    Aerometals has deliberately, willfully, and maliciously engaged in these acts with the intent to compete unfairly with MDHI.  Aerometals' actions, without permission or authority, amount to unfair competition under Cal. Bus. & Prof. Code § 17200 *et seq*.

106.    By reason of the acts of Aerometals alleged herein, Aerometals has obtained an economic benefit, at the direct expense of MDHI and to MDHI's detriment.  MDHI has suffered direct economic loss through lost sales of spare and replacement parts for MD 500 Series helicopters.

107.    As a direct and proximate result of Aerometals' unfair competition in its unauthorized use of MDHI's OEM drawings and its Technical Manuals, MDHI is entitled to damages in the nature of Aerometals' profits, actual damages, and the costs of this action for each infringement.

108.    Aerometals' conduct, as averred herein, is causing and, unless enjoined and restrained by this Court, will continue to cause MDHI great and irreparable injury that cannot fully be compensated or measured in money.  MDHI has no adequate remedy at law.  MDHI is entitled to a permanent injunction prohibiting further unfair competition by Aerometals pursuant to Cal. Bus. & Prof. Code. § 17203.

**COUNT VI**
**CALIFORNIA COMMON LAW UNFAIR COMPETITION**

109.    MDHI repeats and re-alleges each of the allegations set forth above in paragraphs 1 through 108, as if fully set forth herein.

110.    MDHI owns valuable intellectual property right in its OEM drawings and

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

Technical Manuals used for the MD 500 Series helicopters.  MDHI has invested and continues to invest substantial sums of money, as well as time, effort, and creative talent to develop, create, update, and revise the OEM drawings and Technical Manuals.  MDHI maintains an excellent reputation for the MD 500 Series helicopter as evidenced by Vertical Magazine selecting the MD 500 Series helicopters as the best civilian helicopters of all time in March 2015.

111.    Aerometals' unauthorized, unlawful, and infringing use of MDHI's OEM drawings and Technical Manuals is intended to capitalize on MDHI's intellectual property rights and goodwill associated therewith for Aerometals' own pecuniary gain.  As a result of MDHI's efforts, Aerometals is now unjustly enriched and is benefitting from the intellectual property rights and goodwill that rightfully belongs to MDHI.

112.    Aerometals' unauthorized, unlawful, and infringing activity is likely to cause confusion, mistake, or to deceive as to the affiliation, connection, or association between Aerometals and MDHI.

113.    Aerometals' acts are willful, deliberate, and intended to deceive the public and injure MDHI.

114.    Aerometals' acts constitute unfair competition under California common law.

115.    MDHI has been irreparably harmed and will continue to be irreparably harmed as a result of Aerometals' unauthorized, unlawful, and infringing acts unless Aerometals is permanently enjoined from their unlawful conduct.

116.    The conduct of Aerometals complained of herein was extreme, outrageous, fraudulent, and was inflicted on MDHI in reckless disregard of MDHI's rights.  Because Aerometals acted willfully, intentionally and with oppression, fraud, and malice, MDHI is entitled to an award of exemplary and punitive damages in an amount to punish and make an example of Aerometals and to deter them from similar conduct in the future pursuant to Cal. Civ Code § 3294(a).

117.    MDHI has been injured by the conduct of Aerometals, and MDHI has no adequate remedy at law.

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5532947_5

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

118.    MDHI is therefore entitled to injunctive relief prohibiting Aerometals from its unauthorized, unlawful, and infringing use of MDHI's OEM drawings and Technical Manuals, and to recover all damages, including attorney's fees and costs of suit, and to recover punitive damages.

## COUNT VII
## UNJUST ENRICHMENT

119.    MDHI repeats and re-alleges each of the allegations set forth above in paragraphs 1 through 118, as if fully set forth herein.

120.    MDHI has a substantial investment in its OEM drawings, its Type Certificate H3WE for the MD 500 Series, and in its Technical Manuals.  These assets have substantial value to MDHI.

121.    By willfully infringing MDHI's intellectual property and by fraudulently obtaining PMAs or STCs from the FAA, Aerometals has unfairly obtained business in the civilian market for MD 500 Series spare and replacement parts and has been unjustly enriched.

122.    Aerometals benefits from MDHI's OEM drawings and its Technical Manuals without payment or reimbursement to MDHI.

123.    Aerometals' conduct, as averred herein, is causing and, unless enjoined and restrained by this Court, will continue to cause MDHI great and irreparable injury that cannot fully be compensated or measured in money.  MDHI has no adequate remedy at law.  MDHI is entitled to a permanent injunction prohibiting further unfair competition by Aerometals.

124.    As a direct and proximate result of Aerometals' actions, MDHI is entitled to restitution of those amounts by which Aerometals was unjustly enriched through its wrongful conduct, in an amount to proven at trial. MDHI is entitled to an accounting of Aerometals' profits attributable to its wrongful conduct and a disgorgement thereof.

## RESERVATION OF RIGHT TO ASSERT ADDITIONAL CLAIMS

125.    MDHI reserves its right to assert any additional claims of which it becomes aware as a result of discovery.

PHDATA 5532947_5

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, MD Helicopters, Inc. prays for judgment against Defendant, Aerometals, Inc., as follows:

1. For damages in an amount to be proven at trial or as otherwise permitted by law.

2. For an accounting of and the imposition of a constructive trust with respect to Aerometals' profits attributable to its infringement of MDHI's intellectual property including its Registered Copyrighted Material.

3. For augmented damages pursuant to 15 U.S.C. § 1117(a).

4. For punitive damages.

5. For restitution as provided by law.

6. For a permanent injunction prohibiting Aerometals and their respective agents, employees, officers, successors, licensees, and assigns, and all other persons acting in concert or participation with each or any of them, from continuing to infringe MDHI's intellectual property rights including the MDHI Copyrighted Material.

7. For prejudgment interest according to law.

8. For MDHI's attorneys' fees and costs in bringing this action.

9. For such other relief as the court deems just and proper.

Dated:  September 21, 2016                    SCHNADER HARRISON SEGAL & LEWIS LLP

By:

_____/s/ William D. Janicki_____

William D. Janicki
wjanicki@Schnader.com
Attorneys for Plaintiff
MD Helicopters, Inc.

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

MDHI COMPLAINT AND DEMAND FOR JURY TRIAL

PHDATA 5532947_5