William D. Janicki (SBN 215960)
wjanicki@schnader.com
Jennifer K. Thai (SBN 258612)
jthai@schnader.com
Lilian M. Loh (SBN 296196)
lloh@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, CA 94108-2736
Telephone: 415-364-6700
Facsimile: 415-364-6785

William R. Black (CSBN 134048)
william.black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
Telephone: 480-346-6410
Facsimile: 480-346-6410

Attorneys for Plaintiff
MD HELICOPTERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AEROMETALS, INC., <br><br> Defendant. | Case No.  2:16-cv-02249-TLN-AC <br><br> **PLAINTIFF MD HELICOPTERS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FULL AND COMPLETE RESPONSES TO MDHI'S FIRST SET OF INTERROGATORIES TO AEROMETALS, INC. AND FOR SANCTIONS AGAINST AEROMETALS AND ITS ATTORNEYS OF RECORD** <br><br> **[FRCP 26, 33, 37; L.R. 251]** <br><br> Date:     April 12, 2017 <br> Time:    10:00 a.m. <br> Judge:   Hon. Allison Claire <br> Place:    Courtroom 26, 8th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 12, 2017 at 10:00 a.m. at the Robert T. Matsui

United States Courthouse, 501 I Street, Sacramento, California, Plaintiff MD Helicopters, Inc.

---

will, and does, move the Court for an order compelling full and complete responses to MDHI's First Set of Interrogatories to Aerometals, pursuant to FRCP 33 and 37 and for sanctions against Aerometals and its attorneys of record pursuant to FRCP 26 and 37.

This motion is supported by this Notice of Motion and Motion and any Joint Statement or affidavit submitted pursuant to L.R. 251(c) or (d), the Declaration of William D. Janicki and such oral arguments as may be presented by counsel at the hearing on this matter.

Dated:  March 21, 2017                    SCHNADER HARRISON SEGAL & LEWIS LLP


By:  /s/ William D. Janicki
     William D. Janicki
     Attorneys for Plaintiff
     MD HELICOPTERS, INC.

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
(415) 364-6700
FAX: (415) 364-6785