ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
Merri A. Baldwin (State Bar No. 141957)
Josh M. Deitz (State Bar No. 267454)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
rmetzger@rjo.com
mbaldwin@rjo.com
jdeitz@rjo.com

Attorneys for Defendant
AEROMETALS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>AEROMETALS INC.,<br><br>    Defendant. | Case No. 2:16-cv-02249-TLN-AC<br><br>**DECLARATION OF ROBERT S. METZGER IN SUPPORT OF DEFENDANT AEROMETALS INC.'S JOINT STATEMENT RE MOTIONS TO COMPEL FILED BY MD HELICOPTERS, INC.**<br><br>Date:    April 19, 2017<br>Time:    10:00 a.m.<br>Judge:  Hon. Allison Claire<br>Place:   Courtroom 26, 8th floor |

    I, Robert S. Metzger, declare as follows:

    1.    I am a shareholder with Rogers Joseph O'Donnell and head of the firm's Washington, D.C. office and counsel of record for Defendant Aerometals. I am an active member of the California Bar (SBN #81294). I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could testify competently to them.

    2.    I acted as counsel for Aerometals in the Case 53688 before the Armed Services Board of Contract Appeals (ASBCA). At the time, I was a partner with the law firm of Gibson, Dunn & Crutcher.

Page 1

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Robert S. Metzger in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

389215.3

3. I recall that ASBCA 53688 was an appeal by Aerometals to actions taken by the U.S. Army to terminate certain contracts for default. The contracts were to supply the U.S. Army with replacement parts for armed special mission military helicopters that were operated only by the U.S. military. The parts were not for the civilian MD500 helicopter that is the subject of the MDHI copyright infringement action.

4. The ASBCA appeal, as I recall, was contested for a period of several years. It was concluded sometime in 2004 by a settlement agreement negotiated with the U.S. Army. As part of that agreement, the Army agreed to relieve Aerometals of the default termination.

5. I recall that the ASBCA litigation concerned only military helicopters and parts for those military helicopters.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on April 12, 2017 in Washington, DC

*Robert S. Metzger*
Robert S. Metzger

## PROOF OF SERVICE
### [FRCivP 5(b)]

I, , state: My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on April 12, 2017 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**DECLARATION OF ROBERT METZGER IN SUPPORT OF AEROMETALS' JOINT STATEMENT RE MOTIONS TO COMPEL FILED BY MD HELICOPTERS INC.**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William D. Janicki (CSBN 215960)
wjanicki@schnader.com
Lilian M. Loh (CSBN 296196)
lloh@schnader.com
Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, California 94108
Facsimile: 415-364-6785

I further certify that on April 12, 2017 I served a copy of the foregoing document on the following parties or their counsel of record who are not registered as ECF Filers by:

X    BY FIRST CLASS MAIL: I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on April 12, 2017, following ordinary business practices for delivery within three (3) business days.

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William R. Black (CSBN 134048)
william.black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
Facsimile: 480-346-6410

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: April 12, 2017             /s/ Tamora M. Horen
                                                Tamora M. Horen

Case No.: 2:16-cv-02249-TLN-AC     Declaration of Robert S. Metzger in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

389215.3