ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
Merri A. Baldwin (State Bar No. 141957)
Josh M. Deitz (State Bar No. 267454)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
rmetzger@rjo.com
mbaldwin@rjo.com
jdeitz@rjo.com

Attorneys for Defendant
AEROMETALS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS INC., <br><br> Plaintiff, <br><br> vs. <br><br> AEROMETALS INC., <br><br> Defendant. | Case No. 2:16-cv-02249-TLN-AC <br><br> **DECLARATION OF LORIE SYMON IN SUPPORT OF DEFENDANT AEROMETALS INC.'S JOINT STATEMENT RE MOTIONS TO COMPEL FILED BY MD HELICOPTERS, INC.** <br><br> Date: April 19, 2017 <br> Time: 10:00 a.m. <br> Judge: Hon. Allison Claire <br> Place: Courtroom 26, 8th floor |

I, Lorie Symon, declare as follows:

1. I am the Executive Director of Defendant Aerometals, Inc. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify completely and truthfully to them under oath.

2. My duties at Aerometals include the day to day management of the company, including oversight of engineering and development, Federal Aviation Administration ("FAA") policy and communications, industry relations, sales and marketing, and the overall administrative and financial operations of the company.

Page 1

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Lorie Symon in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389166.1

3. Aerometals does not have in-house counsel and has a lean staff that is occupied with day-to-day business. As part of my responsibilities, I am responsible for assisting with document collection, investigation, and review, as well as reviewing documents that are to be produced in discovery and determining the necessary confidentiality protections for those documents to protect Aerometals' trade secrets and business interests. My review of the FAA reports described below that Aerometals has produced thus far, has taken approximately 50 hours. Each FAA PMA or STC package contains on average 5 reports, and I estimate that reviewing each package going forward will require at least 3 hours of my time. This is in addition to my other duties as Aerometals' Executive Director.

4. Since 1998, Aerometals has applied for permission from the FAA to produce certain replacement parts for the MD 500 helicopter under the FAA's Parts Manufacturer Approval ("PMA") and Supplemental Type Certificate ("STC") procedures. The FAA grants PMA approval to manufacturers to manufacture replacement parts. The FAA grants STC approval for modified replacement parts based on design data that shows an acceptable modification, and then must separately grant a related PMA based on the manufacturer's ability to produce that part.

5. With extremely rare exceptions, Aerometals has applied for PMA approval for individual parts on the basis of the "Test and Computation" procedure described in 14 CFR 21.303 and FAA Advisory Circular AC-No: 21.303-4 (and earlier versions of that document), which require applicants to perform detailed and exacting measurements and testing to ensure that the replacement part meets all airworthiness requirements necessary. Aerometals' PMA application packages sometimes consist of hundreds of pages of data and information on development, testing, materials, manufacturing, as well as detailed engineering descriptions and drawings. The development and testing period necessary to create PMA and STC application data and packages takes well over a year.

6. Aerometals performs a greater amount of engineering and testing in the process of assembling STC applications, under 14 CFR 21.113 and FAA Advisory Circular AC-No: 21-40A (and earlier versions of that document), and the related PMA applications for

Page 2

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Lorie Symon in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389166.1

approval to manufacture the modified replacement part.

7. To approve PMA and STC applications under the regulations and advisories listed above, the FAA compares the original material submitted by Aerometals to Original Equipment Manufacturer ("OEM") documents such as Technical Manuals, drawings, and other reports, to ensure that PMA and STC parts will meet the standards necessary for use in operational aircraft. The FAA requests copies of these materials for its comparative analysis. For the convenience of the FAA, Aerometals has provided certain OEM documents as attached reference material to reports sent to the FAA. Aerometals lists these OEM reference materials in an index or the report itself, and attaches either excerpts or in some cases full documents with the OEM labels and descriptions intact. Wherever Aerometals has done this, the OEM materials are clearly and expressly labeled as such.

8. In certain Installation Instructions and Instructions for Continued Airworthiness, available on Aerometals' website, and non-public, confidential PMA and STC reports submitted to the FAA, Aerometals has included simple line illustrations taken from certain MDHI Technical Manuals. These line illustrations are simple depictions of parts, and are present through the various revisions of MDHI's Technical Manuals. Since approximately September 2016, Aerometals has removed those simple line illustrations from the Installation Instructions and Instructions for Continued Airworthiness on its website, and has stopped using these illustrations in FAA reports.

9. It is my understanding that MDHI has asked for detailed information regarding the names of individual employees who physically drafted Installation Instructions and Instructions for Continued Airworthiness and the process used to draft them. While MDHI has referred to these individuals as the "author" of the document, Aerometals considers these to be corporate documents with Aerometals as the "author." These documents usually involve input and approval from multiple individuals and may have multiple revisions with different employees involved. Aerometals does not generally maintain information regarding the specific individuals who drafted these documents, as the Installation Instructions and Instructions for Continued Airworthiness are documents produced by and supported by

Page 3

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Lorie Symon in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389166.1

Aerometals, rather than individual employees. Many of these documents are 15 years old or older, and in that time, Aerometals used different systems to catalogue and store these types of documents.

10. To my knowledge, Aerometals has never copied or attached MDHI OEM drawings as anything other than attached reference material requested by the FAA and/or provided for convenience in an FAA report. Aerometals is required by the regulations and advisories listed above to prepare its own engineering drawings for PMA and STC parts.

11. Aerometals has received MDHI OEM drawings from multiple sources over the last 30 years, including through Freedom of Information Act requests. Many of these drawings date back to the 1960s, when the MD 500 was first developed by Hughes Helicopters. MD 500 drawings have been widely distributed throughout the helicopter industry as they have been circulating for over 50 years. Aerometals maintains a library of thousands of pages of these drawings, folded and stored in individual folders. The majority of the drawings are for parts for which Aerometals has never applied for PMA or STC approval. These drawings are printed on paper that is very old and delicate. The process of unfolding and reviewing these drawings is cumbersome and time-consuming, and copying the drawings would be very expensive, requiring special equipment and careful handling.

12. Aerometals does not maintain an index, catalog, or other list of MDHI OEM drawings in its possession. To create an index of these drawings, Aerometals would have to hire an additional employee, train the employee in how to handle and read the drawings, and have that employee work exclusively on this project. I estimate that creating such an index would take between 3-5 weeks of full-time work. Aerometals does not have "spare" employees to take on this task.

13. MDHI is required to make many of its OEM documents, including its Technical Manuals, available to owners of MD 500 helicopters and those documents are freely available on MDHI's website for download without restriction.

14. Aerometals has received MDHI Technical Manuals from various sources over the last 30 years, including through Freedom of Information Act requests. In addition to the

Page 4

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Lorie Symon in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389166.1

electronic versions of these Technical Manuals freely available on MDHI's website, Aerometals maintains hard copies of various revisions of these documents as reference materials. The hard copy manuals are in the form of binders, hundreds of pages long, with non-standard pages, and in some cases are 20-30 years old. Copying these documents would be burdensome and expensive, as they require careful handling and potentially special copying equipment. Aerometals does not maintain an index of these documents.

15. Aerometals' PMA and STC application packages and the related records and the data contained within comprise and contain proprietary intellectual property of Aerometals, including trade secrets as to how Aerometals conducts its design and engineering development practices, how Aerometals conducts testing for PMA and STC approval, how Aerometals compiles and presents data for PMA and STC approval, Aerometals' materials and manufacturing practices, and various other aspects of the PMA and STC application practice and Aerometals' related business, as well as all of the related data for each PMA and STC part developed and manufactured by Aerometals.

16. Aerometals' FAA PMA and STC documents and the data contained within are kept strictly secret and proprietary, with access limited to specific Aerometals employees for specific purposes. Revealing these documents or the information and data contained within to any competitor would cause great harm to Aerometals. Allowing MD Helicopters, a direct competitor, access to Aerometals' PMA and STC documents and related proprietary documents and data would do great harm to Aerometals by providing them with documentation of many of the Aerometals practices that produce our competitive advantage.

17. Aerometals' PMA and STC applications consist of numerous reports of hundreds of pages, including non-standard fold-out paper. Aerometals hosts the original copies of these documents per a Data Rights Agreement with the FAA that requires Aerometals to maintain the reports exactly as submitted to the FAA. The FAA can request these reports at any time and penalize Aerometals, up to and including taking away PMA and STC approvals if the documents are not identical to the reports approved by the FAA. These reports are cumbersome to copy, as they require manual handling and copying to account for

Page 5

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Lorie Symon in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389166.1

non-standard paper sizes and to ensure the fidelity of the reports. Aerometals cannot send these reports offsite for copying due to its obligations to the FAA and any inspection or copying must be done under the supervision of an Aerometals engineer in order to maintain the fidelity of these documents and ensure that they remain in identical condition to the form approved by the FAA.

18. It is my understanding that MDHI has requested documents relating to Aerometals' contracts with the United States government, including the Special Operations Command ("SOCOM"). Aerometals' contracts with the United States military, including SOCOM, are for replacement parts for the military version of the MD 500. The last SOCOM contract with Aerometals was completed in 2004. To the extent that Aerometals retains records related to this contract, those records would require a burdensome search and would not contain any information related to PMA or STC approval.

19. Similarly, Aerometals' contracts with the Korean government regarding the MD 500 are for replacement parts for the military version of the MD 500.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on April 12, 2017 in El Dorado, California.

*/s/ Lorie Symon*
Lorie Symon

Page 6

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Lorie Symon in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389166.1

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, Tamora Horen , state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on April 12, 2017 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**DECLARATION OF LORIE SYMON IN SUPPORT OF AEROMETALS' JOINT STATEMENT RE MOTIONS TO COMPEL FILED BY MD HELICOPTERS INC.**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William D. Janicki (CSBN 215960)
wjanicki@schnader.com
Lilian M. Loh (CSBN 296196)
lloh@schnader.com
Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, California 94108
Facsimile: 415-364-6785

I further certify that on April 12, 2017 I served a copy of the foregoing document on the following parties or their counsel of record who are not registered as ECF Filers by:

<u>X</u>     <u>BY FIRST CLASS MAIL</u>:  I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  I sealed said envelope and placed it for collection and mailing on April 12, 2017, following ordinary business practices for delivery within three (3) business days.

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William R. Black (CSBN 134048)
william.black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
Facsimile: 480-346-6410

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  April 12, 2017                    /s/ Tamora M. Horen
                                          Tamora M. Horen