ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
Merri A. Baldwin (State Bar No. 141957)
Josh M. Deitz (State Bar No. 267454)
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457
rmetzger@rjo.com
mbaldwin@rjo.com
jdeitz@rjo.com

Attorneys for Defendant
AEROMETALS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AEROMETALS INC.,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02249-TLN-AC<br><br>**DECLARATION OF JULIAN ACKERT IN SUPPORT OF DEFENDANT AEROMETALS INC.'S JOINT STATEMENT RE MOTIONS TO COMPEL FILED BY MD HELICOPTERS, INC.**<br><br>Date:　　April 19, 2017<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Allison Claire<br>Place:　　Courtroom 26, 8th floor |

　　　　I, Julian Ackert, declare as follows:

**I.　　BACKGROUND INFORMATION**

　　　　1.　　I am a Managing Director at iDiscovery Solutions, Inc. ("iDS"), an expert services and consulting firm that provides independent computer forensics, electronic discovery expert testimony and analysis, original authoritative studies, and strategic consulting services to the business and legal community

　　　　2.　　I have over 15 years of experience in consulting and litigation technologies that focus on electronic discovery and computer forensics.  I have a Bachelor of Science degree in

Case No.: 2:16-cv-02249-TLN-AC    Declaration of Julian Ackert in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389212.1

Computer Science from the University of Virginia.

3. Specifically, I have extensive experience creating and implementing preservation, collection, and production strategies during discovery and performing computer forensics and metadata analysis on electronic data.

4. I have performed preservation, collection, analysis, and production of paper documents and electronically stored information ("ESI") in hundreds of matters. I have specific experience designing and implementing electronic discovery strategies on cases with legacy paper and ESI, large volumes of paper and ESI, oversized paper documents, and technical drawings that exist in both paper and electronic format.

5. This declaration is based on my knowledge, my years of experience, my training, my education, and the information provided to date. The opinions provided herein are given to a reasonable degree of professional certainty.

6. iDS was retained by counsel for Defendant Aerometals, Inc. to provide opinions regarding the costs associated with Defendant identifying, collecting, processing and producing documents in response to Plaintiff MD Helicopter Inc.'s discovery requests.

7. In executing this Declaration, I relied upon the following:
   a. Plaintiff request for production, Set One and Set Two;
   b. Aerometals' Responses to Defendants first set of interrogatories;
   c. Onsite inspection of Aerometals, Inc. facility in El Dorado Hills, CA; and
   d. Declaration of Lorie Symon dated April 12, 2017

8. I reserve the right to supplement or amend these opinions based on additional information that is obtained.

II. **OPINIONS**

9. As a result of my review, I have come to the following conclusions:
   a. To comply with the document requests concerning production of technical manuals and similar OEM documents, Aerometals would need to electronically scan over 11,000 pages of paper consisting of parts, service manuals, technical manuals, and other engineering documentation. The

Page 2

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Julian Ackert in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389212.1

cost to scan and prepare these documents for review would be approximately $8,000 and would take 3 to 5 days to perform.

b. To produce all the PMA "packages:" or binders in its possession, Aerometals would need to electronically scan over 11,000 pages of content from official FAA package submissions. The cost to scan and prepare these documents for review would be approximately $45,000 and would take 15 to 20 days to perform.

c. To produce copies of the OEM drawings in its possession, Aerometals would need to electronically scan over 23,000 pages of OEM engineering schematics, drawings, and designs. The cost to scan and prepare these documents for review would be approximately $97,000 and would take 30 to 35 days to perform.

d. Aerometals' total estimated costs for the scanning of FAA packages and other paper files, and the production of these documents (not including attorney review time) are approximately $150,000 and would take 45 to 65 days to perform.

III. **DEFENDANT'S DOCUMENTS AND ESI INFRASTRUCTURE**

10. My analysis focused on the following 3 categories of potentially responsive documents:

a. Parts, service manuals, technical manuals, and other engineering documentation ("Manuals") stored in binders;

b. FAA submissions ("FAA Packages") stored in filing cabinets; and

c. Engineering schematics, drawings, and designs ("OEM Drawings") stored in filing cabinets.

A. *Manuals*

11. There are approximately 40 binders and folders stored on bookshelves at Aerometals. There are a total of approximately 11,750 pages in this data set.

12. Based on a review of a sample set, these binders and folders include a mix of

Page 3

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Julian Ackert in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389212.1

1  standard 8.5" x 11" pages along with larger drawings and schematics, sized 11" x 17" and
2  22" x 17".  The larger drawings and schematics require manual removal and flat fold out
3  from the binders and folders for scanning purposes.

4      13.    The contents of these binders and folders is largely unique.  Due to the
5  limitations of scanning paper documents, deduplication cannot effectively be applied to this
6  document set to reduce the volume of documents for review.

7      14.    The age and quality of these documents will require manual glass scanning for
8  a large majority of them, including the larger drawings and schematics.

9      B.    ***FAA Packages***

10      15.    These files are stored in approximately 120 binders and folders under lock and
11  key in secured filing cabinets at Aerometals. There are a total of approximately 11,000 pages
12  in this data set.

13      16.    Based on a review of a sample set, these binders and folders include a small
14  amount of standard 8.5" x 11" pages.  Most of the contents are larger drawings and
15  schematics, sized 11" x 17" and 22" x 17". The larger drawings and schematics require
16  manual removal and flat fold out from the binders and folders for scanning purposes.

17      17.    The contents of these binders and folders is largely unique.  Due to the
18  limitations of scanning paper documents, deduplication cannot effectively be applied to this
19  document set to reduce the volume of documents for review.

20      18.    Based on discussions with Aerometals, the contents of these binders and
21  folders is highly sensitive as these are the system of record copies of FAA submissions.  As
22  such, these documents will need to be scanned onsite with supervision of the scanning
23  process by Aerometals personnel.

24      19.    The age and quality of these documents will require manual glass scanning for
25  a large majority of them, including the larger drawings and schematics.

26
    C.    ***OEM Drawings***
27
    20.    These files are stored in approximately 17 filing cabinets in at Aerometals.
28

There are a total of approximately 23,500 pages in this data set.

21. Based on a review of a sample set, these documents are larger drawings and schematics, sized 11" x 17" and 22" x 17", and will require manual removal and flat fold out from the binders and folders for scanning purposes.

22. The contents of these documents are largely unique. Due to the limitations of scanning paper documents, deduplication cannot effectively be applied to this document set to reduce the volume of documents for review.

23. Based on discussions with Aerometals, these are highly sensitive documents. As such they will need to be scanned onsite with supervision of the scanning process by Aerometals personnel.

24. The age and quality of these documents will require manual glass scanning for most, if not all, of them.

IV. **SUMMARY OF TIME AND COST**

25. For the purposes of this declaration, I have used the following per page estimates for scanning based on my industry experience and the northern California market for scanning services:

    a. Standard size, 8.5" x 11" paper
        i. $0.10 per page to $0.20 per page
    b. Oversize paper (larger than 8.5" x 11" and up to 24" x 36")
        ii. $1.00 per page to $2.50 per page

A. *Manuals*

26. Based on a review of the sample set, approximately 70% of the pages will be standard size and approximately 30% of the pages will be oversize.

27. The total estimate for scanning is approximately $4,500 to $11,000. Due to the level of glasswork scanning involved, I expect that the scanning effort will fall on the middle of that estimate.

28. These documents do not need to be scanned onsite. The work can be performed at a vendor facility designed for streamlined scanning workflows in approximately

3 to 5 days.

B. **FAA Packages**

29. Based on a review of the sample set, approximately 10% of the pages will be standard size and approximately 90% of the pages will be oversize.

30. Due to the level of glasswork scanning involved, and the sensitivity of these documents, I expect that the scanning effort will fall on the high end of the per page estimates and will require resources and equipment to be set up onsite.

31. The total estimate for scanning is approximately $25,000, plus an additional $20,000 in onsite equipment setup and hourly fees for multiple onsite scanning resources.

32. The work to scan these documents will need to be performed onsite supervised by Aerometals. Because Aerometals is not in the scanning service business, specialized scanning equipment will need to be configured and set up onsite and scanning resources will need to work with that equipment for approximately 15 to 20 days.

C. **OEM Drawings**

33. Based on a review of the sample set, approximately 100% of the pages will be oversize in terms of copying.

34. Due to the level of glasswork scanning involved, I expect that the scanning effort will fall on the high end of the per page estimates and will require resources and equipment to be set up onsite.

35. The total estimate for scanning is approximately $24,000 to $60,000, plus an additional $40,000 in onsite equipment setup and hourly fees for multiple onsite scanning resources.

36. The work to scan these documents will need to be performed onsite supervised by Aerometals. Because Aerometals is not in the scanning service business, specialized scanning equipment will need to be configured and set up onsite and scanning resources will need to work with that equipment for approximately 30 to 35 days.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on April 12, 2017 in Washington, DC.

_____
Julian Ackert

Page 7

Case No.: 2:16-cv-02249-TLN-AC   Declaration of Julian Ackert in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389212.1

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, Tamora Horen, state: My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on April 12, 2017 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**DECLARATION OF JULIAN ACKERT IN SUPPORT OF AEROMETALS' JOINT STATEMENT RE MOTIONS TO COMPEL FILED BY MD HELICOPTERS INC.**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William D. Janicki (CSBN 215960)
wjanicki@schnader.com
Lilian M. Loh (CSBN 296196)
lloh@schnader.com
Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, California 94108
Facsimile: 415-364-6785

I further certify that on April 12, 2017 I served a copy of the foregoing document on the following parties or their counsel of record who are not registered as ECF Filers by:

X    BY FIRST CLASS MAIL: I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on April 12, 2017, following ordinary business practices for delivery within three (3) business days.

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William R. Black (CSBN 134048)
william.black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
Facsimile: 480-346-6410

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: April 12, 2017                         /s/ Tamora M. Horen
                                              Tamora M. Horen