ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
Merri A. Baldwin (State Bar No. 141957)
Josh M. Deitz (State Bar No. 267454)
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457
rmetzger@rjo.com
mbaldwin@rjo.com
jdeitz@rjo.com

Attorneys for Defendant
AEROMETALS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>AEROMETALS INC.,<br><br>  Defendant. | Case No. 2:16-cv-02249-TLN-AC<br><br>**DECLARATION OF MERRI A. BALDWIN IN SUPPORT OF DEFENDANT AEROMETALS INC.'S JOINT STATEMENT RE DISCOVERY DISAGREEMENT RE AEROMETALS, INC.'S RESPONSES TO MD HELICOPTERS, INC.'S FIRST SET OF INTERROGATORIES**<br><br>Date:     April 19, 2017<br>Time:    10:00 a.m.<br>Judge:   Hon. Allison Claire<br>Place:   Courtroom 26, 8th floor |

I, Merri A. Baldwin, declare as follows:

1. I am a shareholder with Rogers Joseph O'Donnell and counsel of record for Defendant Aerometals. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could testify competently to them.

2. Aerometals agreed in meet and confer to reconsider its use of General Objections in its responses to special interrogatories. Aerometals also expressly informed MDHI during its meet and confer (including both the telephone discussion as well as

Page 1

Case No.: 2:16-cv-02249-TLN-AC    Declaration of Baldwin in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389218.1

1  correspondence, including the letter of March 13, 2017), that it had not withheld information
2  on the basis of the General Objections.  On April 10, 2017, Aerometals then supplied
3  Supplemental Responses that removed the General Objections.
4        3.    Aerometals worked diligently to try to respond to MDHI's discovery requests,
5  including the interrogatories as well as two sets of document requests, all of which are
6  extensive and concern significant amounts of information, much of which is sensitive
7  proprietary and trade secret information, and much of which is many decades old.  MDHI did
8  not inform Aerometals that it was planning to file its motion to compel further resonses to the
9  interrogatories until the day before it filed that motion, and did not meet and confer as to the
10 timing of that motion.  MDHI did not inform Aerometals it was going to file a motion to
11 compel further responses to the requests for production, set one, and filed that motion before
12 the parties had meet and conferred.

      I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

      Executed on April 12, 2017 in San Francisco, California

_____
Merri A. Baldwin

Case No.:  2:16-cv-02249-TLN-AC    Declaration of Baldwin in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389218.1

**PROOF OF SERVICE**
**[FRCivP 5(b)]**

I, , state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on April 12, 2017 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**DECLARATION OF MERRI A. BALDWIN IN SUPPORT OF DEFENDANT AEROMETALS INC.'S JOINT STATEMENT RE DISCOVERY DISAGREEMENT RE AEROMETALS, INC.'S RESPONSES TO MD HELICOPTERS, INC.'S FIRST SET OF INTERROGATORIES**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William D. Janicki (CSBN 215960)
wjanicki@schnader.com
Lilian M. Loh (CSBN 296196)
lloh@schnader.com
Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, California 94108
Facsimile: 415-364-6785

I further certify that on April 12, 2017 I served a copy of the foregoing document on the following parties or their counsel of record who are not registered as ECF Filers by:

X     BY FIRST CLASS MAIL:  I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  I sealed said envelope and placed it for collection and mailing on April 12, 2017, following ordinary business practices for delivery within three (3) business days.

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William R. Black (CSBN 134048)
william.black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
Facsimile: 480-346-6410

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  April 12, 2017                               /s/ Tamora M. Horen
                                                              Tamora M. Horen

Case No.:  2:16-cv-02249-TLN-AC     Declaration of Baldwin in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

382396.1389218.1