1  William D. Janicki (SBN 215960)
   wjanicki@schnader.com
2  Jennifer K. Thai (SBN 258612)
   jthai@schnader.com
3  Lilian M. Loh (SBN 296196)
   lloh@schnader.com
4  SCHNADER HARRISON SEGAL & LEWIS LLP
   650 California Street, 19th Floor
5  San Francisco, CA 94108-2736
   Telephone: 415-364-6700
6  Facsimile: 415-364-6785

7  William R. Black (CSBN 134048)
   william.black@mdhelicopters.com
8  MD Helicopters, Inc.
   4555 East McDowell Road
9  Mesa, Arizona 85215
   Telephone: 480-346-6410
10 Facsimile: 480-346-6410

11 Attorneys for Plaintiff MD Helicopters, Inc.

12             UNITED STATES DISTRICT COURT

13             EASTERN DISTRICT OF CALIFORNIA

14

15 MD HELICOPTERS, INC.,                    Case No.  2:16-cv-02249-TLN-AC

16                    Plaintiff,            **DECLARATION OF WILLIAM JANICKI  IN
                                            SUPPORT OF MD HELICOPTERS, INC.'S
17     vs.                                  MOTION TO COMPEL FULL AND
                                            COMPLETE RESPONSES TO MDHI'S FIRST
18 AEROMETALS, INC.,                        SET OF REQUESTS FOR THE PRODUCTION
                                            OF DOCUMENTS TO AEROMETALS, INC.
19                    Defendant.            AND FOR SANCTIONS AGAINST
                                            AEROMETALS AND ITS ATTORNEYS OF
20                                          RECORD**

21                                          **[FRCP 26, 34, 37; L.R. 251]**

22                                          Date:       April 19, 2017
23                                          Time:       10:00 a.m.
                                            Judge:      Hon. Allison Claire
24                                          Place:      Courtroom 26, 8th Floor

25

26        I, William D. Janicki, hereby declare as follows:

27        1.      I make this declaration and state the matters herein of my own personal

28 knowledge and could competently testify to the matters stated herein.

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19th FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

2.      I am a Partner in the law firm of Schnader Harrison Segal & Lewis LLP, counsel of record for MD Helicopters, Inc.

3.      Attached as **Exhibit A** is a true and correct copy of Aerometals' Response to MDHI's Request for the Production of Documents, Set One.

4.      In responding to Aerometals' improper responses to MDHI's request for the production of documents and bringing this motion to compel complete and proper responses to MDHI's First Set of Requests for the Production of Documents, I spent approximately 25 hours. My hourly rate is $550.00.  Total fees incurred by MDHI in dealing with Aerometals' improper interrogatory responses are therefore $13,750.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 12th day of April 2017, at San Francisco, CA.

      /s/ William D. Janicki
William D. Janicki

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

DECLARATION OF W. JANICKI ISO PLTF'S MTN TO COMPEL RESPONSES TO RFPDS AND FOR SANCTIONS

Exhibit A

ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
Merri A. Baldwin (State Bar No. 141957)
Joshua M. Deitz (State Bar No. 267454)
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457
rmetzger@rjo.com
mbaldwin@rjo.com
jdeitz@rjo.com

Attorneys for Defendant
AEROMETALS, INC.

**RECEIVED**

MAR X 9 2017

Schnader Harrison Segal & Lewis LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS INC., | Case No. 2:16-cv-02249-TLN-AC |
| Plaintiff, | **DEFENDANT AEROMETALS, INC.'S RESPONSE TO REQUESTS FOR PRODUCTION, SET ONE** |
| vs. | |
| AEROMETALS INC., | |
| Defendant. | |

**PROPOUNDING PARTY:**    Plaintiff MD Helicopters Inc.

**RESPONDING PARTY:**    Defendant Aerometals Inc.

**SET NO:**    One

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Aerometals, Inc., by and through its attorneys, Rogers Joseph O'Donnell, hereby provide the following objections and responses to Plaintiff, MD Helicopters, Inc.'s ("MDHI") Requests for Production, set one, as follows:

### Preliminary Statement

Aerometals has not yet completed its investigation of the facts pertaining to this action or its discovery.  The following objections and responses are based upon

Page 1

1  information presently available to Aerometals.  The information set forth within is true and

2  correct to the best knowledge of Aerometals and is subject to Aerometals' right to produce

3  evidence or contentions, or to add, modify, or to otherwise change or amend the responses

4  herein based upon the information hereafter recalled, obtained, or evaluated, including, but

5  not limited to, information and documents produced by parties to this action and other

6  witnesses and/or any developments in the law.  Aerometals reserves the right to rely on

7  further, additional, or different facts, documents, or evidence that may develop or come to

8  its attention at a later time.  Aerometals reserves the right to supplement these responses as

9  appropriate.

10      Aerometals' objections as set forth herein are made without prejudice to

11  Aerometals' right to assert additional objections or responses.  By responding, Aerometals

12  does not concede that its responses are properly discoverable or admissible.  These

13  responses are made solely for the purposes of this pending action.  Aerometals' responses

14  to any request are subject to all potential future objections, including objections as to

15  competence, relevance, materiality, propriety, and admissibility, as well as to any and all

16  other objections on any grounds that would require the exclusion of any statement herein if

17  the response were introduced in court.  Aerometals provides these responses without

18  waiving its right to object to further discovery related to subject matters encompassed

19  within these interrogatories.

20      Aerometals incorporates this preliminary statement into each of the responses set

21  forth below.

22              **General Objections**

23      Aerometals objects to each instruction, definition, and request to the extent that it

24  purports to impose any requirement or discovery obligation greater than or different from

25  those under the Federal Rules of Civil Procedure and the applicable Rules and Orders of

26  the Court.  Aerometals objects to each instruction, definition, and request to the extent that

27  it calls for responses above and beyond that proportional to the needs of the case, as stated

28  in Rule 26 of the Federal Rules of Civil Procedure.  Aerometals objects to each instruction,

1  definition, and request to the extent that it seeks documents that are publicly-available

2  and/or within the control of MDHI.

3       Aerometals objects to each instruction, definition, and request to the extent that it

4  calls for a legal conclusion.  Aerometals further objects to each request to the extent that it

5  calls for information that is subject to the attorney-client, attorney work product, or any

6  other privilege that is recognized under federal and/or applicable state law.

7       Aerometals objects to each instruction, definition, and request to the extent that it

8  seeks information concerning or relating to events or actions taking place or documents

9  generated prior to September 21, 2013, the time period of the three year copyright statute

10  of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

11       Aerometals objects to each instruction, definition, and request to the extent that it

12  seeks information or documents beyond those referenced in the Complaint, namely

13  Document Number AMC MI-03003, including the illustration of a horizontal stabilizer

14  referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017,

15  including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the

16  Complaint.

17       Aerometals objects to each instruction, definition, and request to the extent that the

18  court's ruling on Aerometals' Motion to Dismiss is pending, and thus MDHI's non-

19  copyright causes of action are preempted and thus likely to be dismissed.

20       Aerometals incorporates by reference the general objection set forth above into

21  each specific response set forth below.

22           **REQUESTS FOR PRODUCTION:**

23  **REQUEST FOR PRODUCTION NO. 1:**

24       All DOCUMENTS identified by YOU in response to MDHI's Interrogatories

25  to Defendant Aerometals Inc., Set One, Nos. 1 to 8.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

27       Aerometals objects to this request to the extent that Aerometals' response to MDHI's

28  Interrogatories, Set One is ongoing and subject to change and supplementation in response to

1  the Court's pending order on Aerometals' Motion to Dismiss and Aerometals' pending meet

2  and confer discussions with MDHI.  Aerometals objects to this request to the extent that it is

3  ambiguous, overly broad, unduly burdensome, and oppressive, with reference to Aerometals'

4  corresponding objections to MDHI's interrogatories.  Aerometals objects to this request on

5  the basis that it is it is not proportional to the needs of the case, considering the importance of

6  the issues at stake in the action, the amount in controversy, the parties' relative access to

7  relevant information, the parties' resources, the importance of the discovery in resolving the

8  issues, and whether the burden or expense of the proposed discovery outweighs its likely

9  benefit. Fed. R. Civ. P. 26(b)(1).  Aerometals objects to this request to the extent that many of

10  the documents referenced in Aerometals' interrogatory responses have been publicly

11  available on its website for many years, and have thus been available to MDHI for

12  examination and analysis.

13       Aerometals objects to this request to the extent that it seeks information concerning or

14  relating to events or actions taking place or documents generated prior to September 21,

15  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

16  §507(b) and referenced throughout MDHI's Complaint.

17       Aerometals objects to this request to the extent that it seeks information or documents

18  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

19  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

20  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

21  transmission referenced in paragraphs 55-56 of the Complaint.

22       Subject to and without waiving any current or future objections, Aerometals responds

23  as follows:

24       Aerometals will produce responsive documents listed in its responses to

25  Interrogatories 1-3.  Aerometals is reviewing documents listed in its response to Interrogatory

26  4 and will produce responsive excerpts of documents with appropriate markings under the

27  protective order.

28

1  **REQUEST FOR PRODUCTION NO. 2:**

2      All versions of CSP-H-2 MDHI Model Helicopters Model 369H Basic Handbook of

3  Maintenance Instructions.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

5      Aerometals objects to this request to the extent that it is ambiguous, overly broad,

6  unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

7  the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

8  defenses in this action.  Aerometals objects to this request on the basis that it is it is not

9  proportional to the needs of the case, considering the importance of the issues at stake in the

10  action, the amount in controversy, the parties' relative access to relevant information, the

11  parties' resources, the importance of the discovery in resolving the issues, and whether the

12  burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

13  26(b)(1).  Aerometals objects to this request to the extent that the documents are available and

14  within the control of MDHI.

15      Aerometals objects to this request to the extent that it seeks information concerning or

16  relating to events or actions taking place or documents generated prior to September 21,

17  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

18  §507(b) and referenced throughout MDHI's Complaint.

19      Aerometals objects to this request to the extent that it seeks information or documents

20  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

21  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

22  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

23  transmission referenced in paragraphs 55-56 of the Complaint.

24      Subject to and without waiving any current or future objections, Aerometals responds

25  as follows:

26      Aerometals will not produce documents in response to this request because copies of

27  these documents are equally available to and within MDHI's possession.

28

**REQUEST FOR PRODUCTION NO. 3:**

All versions of CSP-H-3, MDHI Model Helicopters Model 369H Appendix A Optional Equipment Manual Handbook of Maintenance Instructions.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive. Aerometals objects to this interrogatory as not within the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or defenses in this action. Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1). Aerometals objects to this request to the extent that the documents are available and within the control of MDHI.

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals will not produce documents in response to this request because copies of these documents are equally available to and within MDHI's possession.

**REQUEST FOR PRODUCTION NO. 4:**

All versions of CSP-H-4, MDHI Model Helicopters Model 369H Appendix B Airworthiness Limitations, Overhaul and Replacement Schedules, Periodic Inspections, Weight and Balance Procedures.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive. Aerometals objects to this interrogatory as not within the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or defenses in this action. Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1). Aerometals objects to this request to the extent that the documents are available and within the control of MDHI.

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals will not produce documents in response to this request because copies of these documents are equally available to and within MDHI's possession.

**REQUEST FOR PRODUCTION NO. 5:**

All versions of CSP-H-5, MDHI Model Helicopters Model 369H Appendix C Component Overhaul Manual.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive. Aerometals objects to this interrogatory as not within the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or defenses in this action. Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1). Aerometals objects to this request to the extent that the documents are available and within the control of MDHI.

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals will not produce documents in response to this request because copies of these documents are equally available to and within MDHI's possession.

1  **REQUEST FOR PRODUCTION NO. 6:**

2     All versions of CSP-H-7, MDHI Model Helicopters Model 369H/HS/HM/HE

3  Illustrated Parts Catalog.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

5     Aerometals objects to this request to the extent that it is ambiguous, overly broad,

6  unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

7  the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

8  defenses in this action.  Aerometals objects to this request on the basis that it is it is not

9  proportional to the needs of the case, considering the importance of the issues at stake in the

10  action, the amount in controversy, the parties' relative access to relevant information, the

11  parties' resources, the importance of the discovery in resolving the issues, and whether the

12  burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

13  26(b)(1).  Aerometals objects to this request to the extent that the documents are available and

14  within the control of MDHI.

15     Aerometals objects to this request to the extent that it seeks information concerning or

16  relating to events or actions taking place or documents generated prior to September 21,

17  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

18  §507(b) and referenced throughout MDHI's Complaint.

19     Aerometals objects to this request to the extent that it seeks information or documents

20  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

21  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

22  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

23  transmission referenced in paragraphs 55-56 of the Complaint.

24     Subject to and without waiving any current or future objections, Aerometals responds

25  as follows:

26     Aerometals will not produce documents in response to this request because copies of

27  these documents are equally available to and within MDHI's possession.

28

1   **REQUEST FOR PRODUCTION NO. 7:**

2        All versions of CSP-HMI-2 MDHI Model Helicopters Models 369D/E/FF – 500/600N

3   Basic Handbook of Maintenance Instructions.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

5        Aerometals objects to this request to the extent that it is ambiguous, overly broad,

6   unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

7   the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

8   defenses in this action.  Aerometals objects to this request on the basis that it is it is it is not

9   proportional to the needs of the case, considering the importance of the issues at stake in the

10  action, the amount in controversy, the parties' relative access to relevant information, the

11  parties' resources, the importance of the discovery in resolving the issues, and whether the

12  burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

13  26(b)(1).  Aerometals objects to this request to the extent that the documents are available and

14  within the control of MDHI.

15       Aerometals objects to this request to the extent that it seeks information concerning or

16  relating to events or actions taking place or documents generated prior to September 21,

17  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

18  §507(b) and referenced throughout MDHI's Complaint.

19       Aerometals objects to this request to the extent that it seeks information or documents

20  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

21  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

22  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

23  transmission referenced in paragraphs 55-56 of the Complaint.

24       Subject to and without waiving any current or future objections, Aerometals responds

25  as follows:

26       Aerometals will not produce documents in response to this request because copies of

27  these documents are equally available to and within MDHI's possession.

28

**REQUEST FOR PRODUCTION NO. 8:**

All versions of CSP-HMI-3 MDHI Model Helicopters Models 369D/E/FF – 500/600N Basic Handbook of Maintenance Instructions - Instruments – Electrical – Avionics.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or defenses in this action.  Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).  Aerometals objects to this request to the extent that the documents are available and within the control of MDHI.

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals will not produce documents in response to this request because copies of these documents are equally available to and within MDHI's possession.

1  **REQUEST FOR PRODUCTION NO. 9:**

2       All versions of CSP-IPC-4 MDHI Model Helicopters Models 369D/E/FF – 500/600N

3  Illustrated Parts Catalog.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

5       Aerometals objects to this request to the extent that it is ambiguous, overly broad,

6  unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

7  the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

8  defenses in this action.  Aerometals objects to this request on the basis that it is it is not

9  proportional to the needs of the case, considering the importance of the issues at stake in the

10  action, the amount in controversy, the parties' relative access to relevant information, the

11  parties' resources, the importance of the discovery in resolving the issues, and whether the

12  burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

13  26(b)(1).  Aerometals objects to this request to the extent that the documents are available and

14  within the control of MDHI.

15       Aerometals objects to this request to the extent that it seeks information concerning or

16  relating to events or actions taking place or documents generated prior to September 21,

17  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

18  §507(b) and referenced throughout MDHI's Complaint.

19       Aerometals objects to this request to the extent that it seeks information or documents

20  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

21  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

22  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

23  transmission referenced in paragraphs 55-56 of the Complaint.

24       Subject to and without waiving any current or future objections, Aerometals responds

25  as follows:

26       Aerometals will not produce documents in response to this request because copies of

27  these documents are equally available to and within MDHI's possession.

28

1    **REQUEST FOR PRODUCTION NO. 10:**

2        All versions of CSP-COM-5, MDHI Model Helicopters Models 369D/E/FF –

3    500/600N Component Overhaul Manual.

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

5        Aerometals objects to this request to the extent that it is ambiguous, overly broad,

6    unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

7    the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

8    defenses in this action.  Aerometals objects to this request on the basis that it is it is not

9    proportional to the needs of the case, considering the importance of the issues at stake in the

10   action, the amount in controversy, the parties' relative access to relevant information, the

11   parties' resources, the importance of the discovery in resolving the issues, and whether the

12   burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

13   26(b)(1).  Aerometals objects to this request to the extent that the documents are available and

14   within the control of MDHI.

15       Aerometals objects to this request to the extent that it seeks information concerning or

16   relating to events or actions taking place or documents generated prior to September 21,

17   2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

18   §507(b) and referenced throughout MDHI's Complaint.

19       Aerometals objects to this request to the extent that it seeks information or documents

20   beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

21   including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

22   Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

23   transmission referenced in paragraphs 55-56 of the Complaint.

24       Subject to and without waiving any current or future objections, Aerometals responds

25   as follows:

26       Aerometals will not produce documents in response to this request because copies of

27   these documents are equally available to and within MDHI's possession.

28

1  **REQUEST FOR PRODUCTION NO. 11:**

2      All versions of CSP-SRM-6 MDHI Model Helicopters Models 369D/E/FF –

3  500/600N Structural Repair Manual.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

5      Aerometals objects to this request to the extent that it is ambiguous, overly broad,

6  unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

7  the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

8  defenses in this action.  Aerometals objects to this request on the basis that it is it is not

9  proportional to the needs of the case, considering the importance of the issues at stake in the

10  action, the amount in controversy, the parties' relative access to relevant information, the

11  parties' resources, the importance of the discovery in resolving the issues, and whether the

12  burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

13  26(b)(1).  Aerometals objects to this request to the extent that the documents are available and

14  within the control of MDHI.

15      Aerometals objects to this request to the extent that it seeks information concerning or

16  relating to events or actions taking place or documents generated prior to September 21,

17  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

18  §507(b) and referenced throughout MDHI's Complaint.

19      Aerometals objects to this request to the extent that it seeks information or documents

20  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

21  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

22  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

23  transmission referenced in paragraphs 55-56 of the Complaint.

24      Subject to and without waiving any current or future objections, Aerometals responds

25  as follows:

26      Aerometals will not produce documents in response to this request because copies of

27  these documents are equally available to and within MDHI's possession.

28

**REQUEST FOR PRODUCTION NO. 12:**

All versions of CSP-ISC-7 MDHI Model Helicopters Models 369D/E/FF – 500/600N Illustrated Structures Catalog.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or defenses in this action.  Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).  Aerometals objects to this request to the extent that the documents are available and within the control of MDHI.

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals will not produce documents in response to this request because copies of these documents are equally available to and within MDHI's possession.

**REQUEST FOR PRODUCTION NO. 13:**

All MDHI technical manuals, not already produced, related to the MD 500 Series helicopters, including all their revisions.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive. Aerometals objects to this interrogatory as not within the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or defenses in this action. Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1). Aerometals objects to this request to the extent that the documents are available and within the control of MDHI.

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals will not produce documents in response to this request because copies of these documents are equally available to and within MDHI's possession.

.386895.1

**REQUEST FOR PRODUCTION NO. 14:**

All COMMUNICATIONS between YOU and AMC relating to MD 500 spare or replacement helicopter parts.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive. Aerometals objects to this interrogatory to the extent that communications may be protected, controlled and/or governed by FAA regulations. Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals is not currently aware of any responsive documents within the time period beginning September 21, 2013, the date upon which the applicable three year copyright limitations period began, as stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

1  **REQUEST FOR PRODUCTION NO. 15:**

2       All COMMUNICATIONS between YOU and Lawrence Timmons relating to MD 500

3  spare or replacement helicopter parts.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

5       Aerometals objects to this request to the extent that it is ambiguous, overly broad,

6  unduly burdensome, and oppressive.  Aerometals objects to this interrogatory to the extent

7  that communications may be protected, controlled and/or governed by FAA regulations.

8  Aerometals objects to this request on the basis that it is it is not proportional to the needs of

9  the case, considering the importance of the issues at stake in the action, the amount in

10  controversy, the parties' relative access to relevant information, the parties' resources, the

11  importance of the discovery in resolving the issues, and whether the burden or expense of the

12  proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).

13       Aerometals objects to this request to the extent that it seeks information concerning or

14  relating to events or actions taking place or documents generated prior to September 21,

15  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

16  §507(b) and referenced throughout MDHI's Complaint.

17       Aerometals objects to this request to the extent that it seeks information or documents

18  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

19  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

20  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

21  transmission referenced in paragraphs 55-56 of the Complaint.

22       Subject to and without waiving any current or future objections, Aerometals responds

23  as follows:

24       Aerometals is not currently aware of any responsive documents within the time period

25  beginning September 21, 2013, the date upon which the  applicable three year copyright

26  limitations period began, as stated in 17 U.S.C. §507(b) and referenced throughout MDHI's

27  Complaint.

28

**REQUEST FOR PRODUCTION NO. 16:**

All DOCUMENTS relating to the work AMC performed for YOU concerning MD 500 spare or replacement helicopter parts.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive.  Aerometals objects to this interrogatory to the extent that communications may be protected, controlled and/or governed by FAA regulations. Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals is not currently aware of any responsive documents within the time period beginning September 21, 2013, the date upon which the  applicable three year copyright limitations period began, as stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Case No.:  2:16-cv-02249-TLN-AC     AEROMETAL INC.'S RESPONSE TO REQUESTS FOR PRODUCTION

.386895.1

1  **REQUEST FOR PRODUCTION NO. 17:**

2       All DOCUMENTS YOU provided to AMC relating to MD 500 spare or replacement

3  helicopter parts.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

5       Aerometals objects to this request to the extent that it is ambiguous, overly broad,

6  unduly burdensome, and oppressive.  Aerometals objects to this interrogatory to the extent

7  that communications may be protected, controlled and/or governed by FAA regulations.

8  Aerometals objects to this request on the basis that it is it is not proportional to the needs of

9  the case, considering the importance of the issues at stake in the action, the amount in

10  controversy, the parties' relative access to relevant information, the parties' resources, the

11  importance of the discovery in resolving the issues, and whether the burden or expense of the

12  proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).

13       Aerometals objects to this request to the extent that it seeks information concerning or

14  relating to events or actions taking place or documents generated prior to September 21,

15  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

16  §507(b) and referenced throughout MDHI's Complaint.

17       Aerometals objects to this request to the extent that it seeks information or documents

18  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

19  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

20  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

21  transmission referenced in paragraphs 55-56 of the Complaint.

22       Subject to and without waiving any current or future objections, Aerometals responds

23  as follows:

24       Aerometals is not currently aware of any responsive documents within the time period

25  beginning September 21, 2013, the date upon which the  applicable three year copyright

26  limitations period began, as stated in 17 U.S.C. §507(b) and referenced throughout MDHI's

27  Complaint.

28

Case No.:  2:16-cv-02249-TLN-AC     AEROMETAL INC.'S RESPONSE TO REQUESTS FOR PRODUCTION

.386895.1

1    **REQUEST FOR PRODUCTION NO. 18:**

2          All DOCUMENTS YOU received from AMC relating to MD 500 spare or

3    replacement helicopter parts.

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

5          Aerometals objects to this request to the extent that it is ambiguous, overly broad,

6    unduly burdensome, and oppressive.  Aerometals objects to this interrogatory to the extent

7    that communications may be protected, controlled and/or governed by FAA regulations.

8    Aerometals objects to this request on the basis that it is it is not proportional to the needs of

9    the case, considering the importance of the issues at stake in the action, the amount in

10   controversy, the parties' relative access to relevant information, the parties' resources, the

11   importance of the discovery in resolving the issues, and whether the burden or expense of the

12   proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).

13         Aerometals objects to this request to the extent that it seeks information concerning or

14   relating to events or actions taking place or documents generated prior to September 21,

15   2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

16   §507(b) and referenced throughout MDHI's Complaint.

17         Aerometals objects to this request to the extent that it seeks information or documents

18   beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

19   including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

20   Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

21   transmission referenced in paragraphs 55-56 of the Complaint.

22         Subject to and without waiving any current or future objections, Aerometals responds

23   as follows:

24         Aerometals is not currently aware of any responsive documents within the time period

25   beginning September 21, 2013, the date upon which the  applicable three year copyright

26   limitations period began, as stated in 17 U.S.C. §507(b) and referenced throughout MDHI's

27   Complaint.

28

Case No.:  2:16-cv-02249-TLN-AC     AEROMETAL INC.'S RESPONSE TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 19:**

All contracts or agreements between YOU and AMC relating to MD 500 spare or replacement helicopter parts.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive. Aerometals objects to this interrogatory to the extent that communications may be protected, controlled and/or governed by FAA regulations. Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals is not currently aware of any responsive documents within the time period beginning September 21, 2013, the date upon which the applicable three year copyright limitations period began, as stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

**REQUEST FOR PRODUCTION NO. 20:**

All contracts or agreements between YOU and Aerometals, LLC relating to MD 500 spare or replacement helicopter parts.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Aerometals objects to this request to the extent that it is nonsensical, ambiguous, overly broad, unduly burdensome, and oppressive.  Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals is not currently aware of any responsive documents within the time period beginning September 21, 2013, the date upon which the  applicable three year copyright limitations period began, as stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

1  **REQUEST FOR PRODUCTION NO. 21:**

2  All COMMUNICATIONS between YOU and MDHI.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

4  Aerometals objects to this request to the extent that it is ambiguous, overly broad,

5  unduly burdensome, and oppressive.  Aerometals objects to this interrogatory to the extent

6  that communications may be protected, controlled and/or governed by FAA regulations.

7  Aerometals objects to this request on the basis that it is it is not proportional to the needs of

8  the case, considering the importance of the issues at stake in the action, the amount in

9  controversy, the parties' relative access to relevant information, the parties' resources, the

10  importance of the discovery in resolving the issues, and whether the burden or expense of the

11  proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).  Aerometals objects

12  to this request to the extent that the documents are available and within the control of MDHI.

13  Aerometals objects to this request to the extent that it seeks information concerning or

14  relating to events or actions taking place or documents generated prior to September 21,

15  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

16  §507(b) and referenced throughout MDHI's Complaint.

17  Aerometals objects to this request to the extent that it seeks information or documents

18  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

19  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

20  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

21  transmission referenced in paragraphs 55-56 of the Complaint.

22  Subject to and without waiving any current or future objections, Aerometals responds

23  as follows:

24  Aerometals is not currently aware of any responsive documents within the time period

25  beginning September 21, 2013, the date upon which the  applicable three year copyright

26  limitations period began, as stated in 17 U.S.C. §507(b) and referenced throughout MDHI's

27  Complaint.

28

**REQUEST FOR PRODUCTION NO. 22:**

The original letter dated March 10, 2004 purporting to be from MDHI Chief Operating Officer, Albert Halder, to Rex Kamphefner relating to a meeting at the facilities of AEROMETALS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive.  Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1).  Aerometals objects to this request to the extent that the documents are available and within the control of MDHI.

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals will produce this document.

**REQUEST FOR PRODUCTION NO. 23:**

All DOCUMENTS relating to MDHI's purported authorization for YOU to utilize MDHI's intellectual property, data, engineering drawings, copyrighted material or proprietary

1    information relating to MD 500 spare or replacement helicopter parts.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

3          Aerometals objects to this request to the extent that it is ambiguous, overly broad,

4    unduly burdensome, and oppressive.  Aerometals objects to this request on the basis that it is

5    it is not proportional to the needs of the case, considering the importance of the issues at stake

6    in the action, the amount in controversy, the parties' relative access to relevant information,

7    the parties' resources, the importance of the discovery in resolving the issues, and whether the

8    burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

9    26(b)(1).  Aerometals objects to this request to the extent that the documents are available and

10   within the control of MDHI.

11         Aerometals objects to this request to the extent that it seeks information concerning or

12   relating to events or actions taking place or documents generated prior to September 21,

13   2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

14   §507(b) and referenced throughout MDHI's Complaint.

15         Aerometals objects to this request to the extent that it seeks information or documents

16   beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

17   including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

18   Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

19   transmission referenced in paragraphs 55-56 of the Complaint.

20         Subject to and without waiving any current or future objections, Aerometals responds

21   as follows:

22         Aerometals is not currently aware of any responsive documents other than the letter

23   referenced in RFP Number 22 within the time period beginning September 21, 2013, the date

24   upon which the  applicable three year copyright limitations period began, as stated in 17

25   U.S.C. §507(b) and referenced throughout MDHI's Complaint.

26   **REQUEST FOR PRODUCTION NO. 24:**

27         All DOCUMENTS relating to Armed Services Board of Contract Appeals Case

28   No.53688 including the declaration of Mr. Rex Kamphefner.

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

2        Aerometals objects to this request to the extent that it is ambiguous, overly broad,

3   unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

4   the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

5   defenses in this action.  Aerometals objects to this request on the basis that it is it is not

6   proportional to the needs of the case, considering the importance of the issues at stake in the

7   action, the amount in controversy, the parties' relative access to relevant information, the

8   parties' resources, the importance of the discovery in resolving the issues, and whether the

9   burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

10  26(b)(1).  Aerometals objects to this request to the extent that the documents requested are

11  publicly available.

12       Aerometals objects to this request to the extent that it calls for information or

13  documents subject to the attorney-client privilege and the attorney work product doctrine.

14       Aerometals objects to this request to the extent that it seeks information concerning or

15  relating to events or actions taking place or documents generated prior to September 21,

16  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

17  §507(b) and referenced throughout MDHI's Complaint.

18       Aerometals objects to this request to the extent that it seeks information or documents

19  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

20  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

21  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

22  transmission referenced in paragraphs 55-56 of the Complaint.

23       Subject to and without waiving any current or future objections, Aerometals responds

24  as follows:

25       Aerometals will not produce documents responsive to this request.

26  **REQUEST FOR PRODUCTION NO. 25:**

27       All original equipment manufacturer drawings for parts for the MD 500 series of

28  helicopters obtained by YOU from any source.

.386895.1

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Aerometals objects to this request to the extent that it is ambiguous, overly broad, unduly burdensome, and oppressive. Aerometals objects to this interrogatory as not within the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or defenses in this action. Aerometals objects to this request on the basis that it is it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P. 26(b)(1). Aerometals objects to this request on the basis that the documents requested are equally within MDHI's possession.

Aerometals objects to this request to the extent that it seeks information concerning or relating to events or actions taking place or documents generated prior to September 21, 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C. §507(b) and referenced throughout MDHI's Complaint.

Aerometals objects to this request to the extent that it seeks information or documents beyond those referenced in the Complaint, namely Document Number AMC MI-03003, including the illustration of a horizontal stabilizer referenced in paragraph 52 of the Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor transmission referenced in paragraphs 55-56 of the Complaint.

Subject to and without waiving any current or future objections, Aerometals responds as follows:

Aerometals will not produce documents in response to this request because copies of these documents are equally available to and within MDHI's possession.

**REQUEST FOR PRODUCTION NO. 26:**

All contracts between YOU and representatives of the United States Special Operations Command ("SOCOM") for MD 500 spare and replacement parts.

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

2      Aerometals objects to this request to the extent that it is ambiguous, overly broad,

3  unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

4  the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

5  defenses in this action.  Aerometals objects to this request on the basis that it is it is not

6  proportional to the needs of the case, considering the importance of the issues at stake in the

7  action, the amount in controversy, the parties' relative access to relevant information, the

8  parties' resources, the importance of the discovery in resolving the issues, and whether the

9  burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

10  26(b)(1).

11      Aerometals objects to this request to the extent that it seeks information concerning or

12  relating to events or actions taking place or documents generated prior to September 21,

13  2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

14  §507(b) and referenced throughout MDHI's Complaint.

15      Aerometals objects to this request to the extent that it seeks information or documents

16  beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

17  including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

18  Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

19  transmission referenced in paragraphs 55-56 of the Complaint.

20      Subject to and without waiving any current or future objections, Aerometals responds

21  as follows:

22      Aerometals will not produce documents responsive to this request.

23  **REQUEST FOR PRODUCTION NO. 27:**

24      All COMMUNICATIONS between YOU and representatives of the United States

25  Special Operations Command ("SOCOM") for MD 500 spare and replacement parts.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

27      Aerometals objects to this request to the extent that it is ambiguous, overly broad,

28  unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

1   the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

2   defenses in this action.  Aerometals objects to this request on the basis that it is it is not

3   proportional to the needs of the case, considering the importance of the issues at stake in the

4   action, the amount in controversy, the parties' relative access to relevant information, the

5   parties' resources, the importance of the discovery in resolving the issues, and whether the

6   burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

7   26(b)(1).

8       Aerometals objects to this request to the extent that it seeks information concerning or

9   relating to events or actions taking place or documents generated prior to September 21,

10   2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

11   §507(b) and referenced throughout MDHI's Complaint.

12       Aerometals objects to this request to the extent that it seeks information or documents

13   beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

14   including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

15   Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

16   transmission referenced in paragraphs 55-56 of the Complaint.

17       Subject to and without waiving any current or future objections, Aerometals responds

18   as follows:

19       Aerometals will not produce documents responsive to this request.

20   **REQUEST FOR PRODUCTION NO. 28:**

21       All contracts between YOU and representatives of any branch of the United States

22   Government for MD 500 spare and replacement parts.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

24       Aerometals objects to this request to the extent that it is ambiguous, overly broad,

25   unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

26   the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

27   defenses in this action.  Aerometals objects to this request on the basis that it is it is not

28   proportional to the needs of the case, considering the importance of the issues at stake in the

1    action, the amount in controversy, the parties' relative access to relevant information, the

2    parties' resources, the importance of the discovery in resolving the issues, and whether the

3    burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

4    26(b)(1).

5         Aerometals objects to this request to the extent that it seeks information concerning or

6    relating to events or actions taking place or documents generated prior to September 21,

7    2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

8    §507(b) and referenced throughout MDHI's Complaint.

9         Aerometals objects to this request to the extent that it seeks information or documents

10   beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

11   including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

12   Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

13   transmission referenced in paragraphs 55-56 of the Complaint.

14        Subject to and without waiving any current or future objections, Aerometals responds

15   as follows:

16        Aerometals will not produce documents responsive to this request.

17   **REQUEST FOR PRODUCTION NO. 29:**

18        All COMMUNICATIONS between YOU and representatives of any branch of the

19   United States Government for MD 500 spare and replacement parts.

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

21        Aerometals objects to this request to the extent that it is ambiguous, overly broad,

22   unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

23   the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

24   defenses in this action.  Aerometals objects to this request on the basis that it is it is not

25   proportional to the needs of the case, considering the importance of the issues at stake in the

26   action, the amount in controversy, the parties' relative access to relevant information, the

27   parties' resources, the importance of the discovery in resolving the issues, and whether the

28   burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

.386895.1

1    26(b)(1).

2         Aerometals objects to this request to the extent that it seeks information concerning or

3    relating to events or actions taking place or documents generated prior to September 21,

4    2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

5    §507(b) and referenced throughout MDHI's Complaint.

6         Aerometals objects to this request to the extent that it seeks information or documents

7    beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

8    including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

9    Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

10   transmission referenced in paragraphs 55-56 of the Complaint.

11        Subject to and without waiving any current or future objections, Aerometals responds

12   as follows:

13        Aerometals will not produce documents responsive to this request.

14   **REQUEST FOR PRODUCTION NO. 30:**

15        All contracts between YOU and representatives of the Republic of Korea relating to

16   MD 500 spare and replacement parts.

17   **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

18        Aerometals objects to this request to the extent that it is ambiguous, overly broad,

19   unduly burdensome, and oppressive.  Aerometals objects to this interrogatory as not within

20   the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

21   defenses in this action.  Aerometals objects to this request on the basis that it is it is not

22   proportional to the needs of the case, considering the importance of the issues at stake in the

23   action, the amount in controversy, the parties' relative access to relevant information, the

24   parties' resources, the importance of the discovery in resolving the issues, and whether the

25   burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

26   26(b)(1).

27        Aerometals objects to this request to the extent that it seeks information concerning or

28   relating to events or actions taking place or documents generated prior to September 21,

1 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

2 §507(b) and referenced throughout MDHI's Complaint.

3  Aerometals objects to this request to the extent that it seeks information or documents

4 beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

5 including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

6 Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

7 transmission referenced in paragraphs 55-56 of the Complaint.

8  Subject to and without waiving any current or future objections, Aerometals responds

9 as follows:

10  Aerometals will not produce documents responsive to this request.

11 **REQUEST FOR PRODUCTION NO. 31:**

12  All COMMUNICATIONS between YOU and representatives of the Republic of

13 Korea relating to MD 500 spare and replacement parts.

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

15  Aerometals objects to this request to the extent that it is ambiguous, overly broad,

16 unduly burdensome, and oppressive. Aerometals objects to this interrogatory as not within

17 the scope of Rule 26(b)(1) in that the interrogatory is not relevant to any party's claims or

18 defenses in this action. Aerometals objects to this request on the basis that it is it is not

19 proportional to the needs of the case, considering the importance of the issues at stake in the

20 action, the amount in controversy, the parties' relative access to relevant information, the

21 parties' resources, the importance of the discovery in resolving the issues, and whether the

22 burden or expense of the proposed discovery outweighs its likely benefit. Fed. R. Civ. P.

23 26(b)(1).

24  Aerometals objects to this request to the extent that it seeks information concerning or

25 relating to events or actions taking place or documents generated prior to September 21,

26 2013, the time period of the three year copyright statute of limitation stated in 17 U.S.C.

27 §507(b) and referenced throughout MDHI's Complaint.

28  Aerometals objects to this request to the extent that it seeks information or documents

1   beyond those referenced in the Complaint, namely Document Number AMC MI-03003,

2   including the illustration of a horizontal stabilizer referenced in paragraph 52 of the

3   Complaint; and Document Number Aero-Inst-017, including the illustration of a tail rotor

4   transmission referenced in paragraphs 55-56 of the Complaint.

5         Subject to and without waiving any current or future objections, Aerometals responds

6   as follows:

7         Aerometals will not produce documents responsive to this request.

8

9

10   Dated:  March 6, 2017            ROGERS JOSEPH O'DONNELL

11

12                     By: _____

13                        MERRI A. BALDWIN
                              Attorneys for Defendant

14                        AEROMETALS INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### PROOF OF SERVICE
#### [FRCivP 5(b)]

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on March 6, 2017 I served the following document:

### RESPONSE TO SPECIAL INTERROGATORIES, SET ONE

I certify that on March 6, 2017 I served a copy of the foregoing document on the following parties:

**NAMES AND ADDRESSES OF PARTIES SERVED:**

William D. Janicki (CSBN 215960)
wjanicki@schnader.com
Lilian M. Loh (CSBN 296196)
lloh@schnader.com
Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, California 94108
Facsimile: 415-364-6785

William R. Black (CSBN 134048)
william.black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
Facsimile: 480-346-6410

X      BY FIRST CLASS MAIL:  I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  I sealed said envelope and placed it for collection and mailing on March 6, 2017, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  March 6, 2017

Tamora M. Horen