ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
Merri A. Baldwin (State Bar No. 141957)
Josh M. Deitz (State Bar No. 267454)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
rmetzger@rjo.com
mbaldwin@rjo.com
jdeitz@rjo.com

Attorneys for Defendant
AEROMETALS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROMETALS INC.,<br><br>Defendant. | Case No. 2:16-cv-02249-TLN-AC<br><br>**DECLARATION OF JOSHUA M. DEITZ IN SUPPORT OF DEFENDANT AEROMETALS INC.'S JOINT STATEMENT RE MOTIONS TO COMPEL FILED BY MD HELICOPTERS, INC.**<br><br>Date:     April 19, 2017<br>Time:    10:00 a.m.<br>Judge:   Hon. Allison Claire<br>Place:   Courtroom 26, 8th floor |

I, Joshua M. Deitz, declare as follows:

1.  I am an associate with Rogers Joseph O'Donnell and counsel for Defendant Aerometals. I am an active member of the California Bar (SBN #267454). I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could testify competently to them.

2.  Attached as Exhibit A to this declaration is a true and correct copy of a spreadsheet labeled as Exhibit A, attached to Aerometals' Supplemental Responses to

Page 1

Case No.: 2:16-cv-02249-TLN-AC    Declaration of Joshua M. Deitz in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

389384.1

Plaintiff MDHI's Interrogatories, Set One, as served to MDHI on April 10, 2017.

3. This spreadsheet contains information pertaining to the documents listed by Aerometals as responsive to Interrogatories 1-4, including categories of information responsive to MDHI's definition of "IDENTIFY," including the document's "title, author, release date, any subsequent revision and date of revision" and the additional information requested by Interrogatory 6 ("the name of the individual performing the process, the individual's supervisor, the method used to perform the process, the computer program used, the computer hardware used, the data storage location, and any alteration, addition, or modification made to the diagram, figure, image, drawing, or excerpt.").

4. Aerometals has provided the information it has been able to collect thus far and is currently working to update this information as it is available. Aerometals will provide a supplemental version of this chart once this reasonable investigation is complete.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on April 18, 2017 in San Francisco, CA

_____
Joshua M. Deitz

Page 2

Case No.: 2:16-cv-02249-TLN-AC    Declaration of Joshua M. Deitz in Support of Aerometals' Joint Statement Re Motions to Compel filed by MD Helicopters, Inc.

389384.1

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, , state: My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on April 18, 2017 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**DECLARATION OF JOSHUA M. DEITZ IN SUPPORT OF AEROMETALS' JOINT STATEMENT RE MOTIONS TO COMPEL FILED BY MD HELICOPTERS INC.**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William D. Janicki (CSBN 215960)
wjanicki@schnader.com
Lilian M. Loh (CSBN 296196)
lloh@schnader.com
Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, California 94108
Facsimile: 415-364-6785

I further certify that on April 12, 2017 I served a copy of the foregoing document on the following parties or their counsel of record who are not registered as ECF Filers by:

X   BY FIRST CLASS MAIL: I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on April 12, 2017, following ordinary business practices for delivery within three (3) business days.

**NAMES AND ADDRESSES OF PARTIES SERVED:**
William R. Black (CSBN 134048)
william.black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
Facsimile: 480-346-6410

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: April 18, 2017                    /s/ Tamora M. Horen
                                         Tamora M. Horen