# EXHIBIT A

Exhibit A to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Interrogatory 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Doc. No. | Document Title | Author | Revisions | Date of Release | Rog 6 - Individual | Rog 6 - Supervisor | Rog 6 - Method |
| AMC MI-04002 | Installation Instructions for Roller Assembly, Droop Stop | Aerometals | IR (Initial Version) | 6/22/2004 | | | Copy & Paste |
| AMC MI-05002 | Installation Instructions for Tail Rotor Hub Assembly | Aerometals | IR (Initial Version) | 3/15/2006 | | | Copy & Paste |
| AMC MI-03003 | Installation Instructions for Horizontal Stabilizer Assembly | Aerometals | IR (Initial Version) | 12/15/2003 | | | Copy & Paste |
| AMC MI-05006 | Installation Instructions for N1 Tachometer Indicator | Aerometals | IR (Initial Version) | 9/22/2005 | | | Copy & Paste |
| Aero-Inst-011 | Installation Instructions for Scavenge Pump | Aerometals | NC (Initial Version) | 1/11/2009 | | | Copy & Paste |
| Aero-Inst-008 | Installation Instructions for Heater Control Valve | Aerometals | NC (Initial Version) | 3/27/2009 | | | Copy & Paste |
| Aero-Inst-001 | Installation Instructions for Fuel Shutoff Valve Assembly | Aerometals | NC (Initial Version) | 4/7/2009 | | | Copy & Paste |
| AMC MI-08003 | Installation Instructions for RH Fuel Tank Filler Assembly | Aerometals | NC (Initial Version) | 11/12/2008 | | | Copy & Paste |
| AMC MI-08002 | Installation Instructions for Oil Tank Filler Cap Assembly | Aerometals | NC (Initial Version) | 9/18/2008 | | | Copy & Paste |
| AMC MI-05005 | Installation Instructions for Fairing - Hub, Main Rotor | Aerometals | IR (Initial Version) | 8/3/2005 | | | Copy & Paste |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 3 of 16
Exhibit A to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Document Title | Author | Revisions | Date of Release | Rog 6 - Individual | Rog 6 - Supervisor | Rog 6 - Method |
|---|---|---|---|---|---|---|---|
| AMC MI-03005 | Installation Instructions for Spacer - Main Rotor | Aerometals | IR (Initial Version) | 3/24/2003 | | | Copy & Paste |
| AMC MI-08001 | Installation Instructions for Cabin Heat Duct Assembly | Aerometals | NC (Initial Version) | 5/20/2008 | | | Copy & Paste |
| AMC MI-06002 | Installation Instructions for Vertical Stabilizer Assembly | Aerometals | IR (Initial Version) | 7/11/2006 | | | Copy & Paste |
| AMC MI-02001 | Installation Instructions for Tip Plate, Horizontal Stabilizer | Aerometals | IR (Initial Version) | 11/6/2002 | | | Copy & Paste |
| AMC MI-05007 | Installation Instructions for N2/NR Tachometer Indicator | Aerometals | IR (Initial Version) | | | | Copy & Paste |
| | | Aerometals | Revision A | 7/5/2006 | | | Copy & Paste |
| Aero-Inst-004 | Installation Instructions for Oil Seal | Aerometals | NC (Initial Version) | 2/9/2009 | | | Copy & Paste |
| Aero-Inst-017 | Installation Instructions for Oil Seal | Aerometals | NC (Initial Version) | 2/9/2009 | | | Copy & Paste |
| Aero-Inst-012 | Installation Instructions for Oil Seal | Aerometals | NC (Initial Version) | 2/9/2009 | | | Copy & Paste |
| Aero-Inst-009 | Installation Instructions for Output Spline Spray Nozzle | Aerometals | NC (Initial Version) | 4/30/2009 | | | Copy & Paste |
| AMC MI-04004 | Installation Instructions for Sleeve, Input Shaft | Aerometals | IR (Initial Version) | 10/15/2004 | | | Copy & Paste |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 4 of 16
Exhibit A to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Document Title | Author | Revisions | Date of Release | Rog 6 - Individual | Rog 6 - Supervisor | Rog 6 - Method |
|---|---|---|---|---|---|---|---|
| Aero-Inst-013 | Installation Instructions for Oil Seal | Aerometals | NC (Initial Version) | 2/9/2009 | | | Copy & Paste |
| Aero-Inst-014 | Installation Instructions for Oil Seal | Aerometals | NC (Initial Version) | 2/9/2009 | | | Copy & Paste |
| AMC MI-03001 | Installation Instructions for Tube Assembly - Main Transmission Oil Cooler | Aerometals | IR (Initial Version) | | | | Copy & Paste |
| | | Aerometals | Revision A | 7/14/2003 | | | Copy & Paste |
| Aero-Inst-002 | Installation Instructions for Fuel Vent Emergercy Shutoff Valve | Aerometals | NC (Initial Version) | 1/30/2009 | | | Copy & Paste |
| AMC MI-04003 | Installation Instructions for Elbow Assembly, Scavenge Air, Particle Separator | Aerometals | IR (Initial Version) | 10/6/2004 | | | Copy & Paste |
| AMC MI-05004 | Installation Instructions for Hose Assembly | Aerometals | IR (Initial Version) | 7/7/2005 | | | Copy & Paste |
| AMC MI-07001 | Installation Instructions for Tail Rotor Pitch Control Assembly | Aerometals | IR (Initial Version) | 6/28/2007 | | | Copy & Paste |
| AMC MI-05003 | Installation Instructions for Oil Cooler Access Door | Aerometals | IR (Initial Version) | 3/17/2005 | | | Copy & Paste |
| AMC MI-02004 | Installation Instructions for Housing Assembly, Cabin Vent Valve | Aerometals | IR (Initial Version) | | | | Copy & Paste |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 5 of 16
Exhibit A to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Document Title | Author | Revisions | Date of Release | Rog 6 - Individual | Rog 6 - Supervisor | Rog 6 - Method |
|---|---|---|---|---|---|---|---|
| | | Aerometals | Revision A | 11/18/2002 | | | Copy & Paste |
| AMC-MI-02002 | Installation Instructions for Orifice, Engine Cooling Duct | Aerometals | IR (Initial Version) | | | | Copy & Paste |
| | | Aerometals | Revision A | 11/20/2002 | | | Copy & Paste |
| AMC MI-02003 | Installation Instructions for Pin, Clevis, Rotor Brake | Aerometals | IR (Initial Version) | | | | Copy & Paste |
| | | Aerometals | Revision A | 2/14/2003 | | | Copy & Paste |

| ROG 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Doc. No. | Document Title | Author | Revisions | Date of Release | Rog 6 - Individual | Rog 6 - Supervisor | Rog 6 - Method |
| AMC MI-02005 | Continued Airworthiness Instruction for Housing Assy – Cabin Vent Valve | Aerometals | IR (Initial Version) | 11/18/2002 | | | Copy & Paste |
| AMC -MI-02006 | Continued Airworthiness Instructions for AMC Engine Cooling Duct Orifice | Aerometals | IR (Initial Version) | 11/20/2002 | | | Copy & Paste |
| | | Aerometals | Revision A | 1/27/2003 | Raj Lingappaiah | Jack Wolda | Copy & Paste |
| AMI-11 | Instruction for Continued Airworthiness for Skid Tub Position Light Assemblies | Aerometals | IR (Initial Version) | | | | Copy & Paste |

Exhibit A to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Document Title | Author | Revisions | Date of Release | Rog 6 - Individual | Rog 6 - Supervisor | Rog 6 - Method |
|---|---|---|---|---|---|---|---|
| | | Aerometals | Revision A | 2/16/1999 | | | Copy & Paste |

**ROG 4**

| Doc. No. | Document Title | Author | Revisions | Date of Release | Rog 6 - Individual | Rog 6 - Supervisor | Rog 6 - Method |
|---|---|---|---|---|---|---|---|
| Aero-R-1071 | Compliance Report for Rotating Swashplate, p/n AM369D27611-503 | Aerometals | NC (Initial Version) | 5/25/2016 | A. Bohm | M. Kerbow | "Illustrations contained within Aerometals' documents were copied and pasted, attached OEM reference materials listed in Aerometals' response to Interrogatory 4 were photocopied and included separately" |
| | | Aerometals | Revision A | 8/12/2016 | A. Bohm | Brian Kellogg | [Same Response] |
| | | Aerometals | Revision B | 8/23/2016 | B. Vinson | Brian Kellogg | [Same Response] |
| Aero-R-1050 | Substantiation Report for Cooling Blower Assy p/n AM369D25630-101, MDL No. 40 Revision D | Aerometals | NC (Initial Version) | 2/4/2015 | M. Kerbow | Don Nelson | [Same Response] |

| Doc. No. | Document Title | Author | Revisions | Date of Release | Rog 6 - Individual | Rog 6 - Supervisor | Rog 6 - Method |
|---|---|---|---|---|---|---|---|
| Aero-PSCP-1007 | Project Specific Certification Plan for Tail Rotor Driveshaft Assembly, P/N AM369A5518-601 | Aerometals | NC (Initial Version) | 11/10/2014 | M. Kerbow | Don Nelson | [Same Response] |
| Aero-R-1040 | Compliance Report for Tail Rotor Driveshaft Assembly, P/N AM369A5518-601 | Aerometals | NC (Initial Version) | 6/8/2015 | M. Kerbow | Don Nelson Roy Thomasson | [Same Response] |
| Aero-PSCP-1005 | Project Specific Certification Plan for Landing Gear Damper Assemblies, P/N'S AM369D26300-251 & AM369D26301-251 | Aerometals | NC (Initial Version) | 2/18/2015 | Roy Thomasson | Don Nelson | [Same Response] |
|  |  | Aerometals | Revision A | 5/11/2015 | Roy Thomasson | Don Nelson | [Same Response] |
| Aero-TP-1029 | Qualification Test Plan for Landing Gear Damper Assemblies, P/N'S AM369D26300-251 & AM369D26301-251 | Aerometals | NC (Initial Version) | 2/23/2016 | Roy Thomasson | Don Nelson E. White | [Same Response] |
|  |  | Aerometals | Revision A | 5/3/2016 | Roy Thomasson | M. Kerbow J. Podesta | [Same Response] |
| Aero-R-1074 | Compliance Report for Tailboom Extension, P/N AM369D23504 | Aerometals | NC (Initial Version) | 9/9/2016 | E. White | Brian Kellogg | [Same Response] |
| Aero-R-1089 | Identicality Substantiation Report for Tailboom Extension, P/N AM369D23504 | Aerometals | NC (Initial Version) | 9/9/2016 | E. White | Brian Kellogg | [Same Response] |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 8 of 16
Exhibit A to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Document Title | Author | Revisions | Date of Release | Rog 6 - Individual | Rog 6 - Supervisor | Rog 6 - Method |
|---|---|---|---|---|---|---|---|
| Aero-R-1079 | Compliance Report for Muffler Assembly, P/N AM369H8052-505 | Aerometals | NC (Initial Version) | 7/19/2016 | J. Mullins | Brian Kellogg | [Same Response] |
| | | Aerometals | Revision A | 8/22/2016 | J. Mullins | Brian Kellogg | [Same Response] |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 9 of 16
Exhibit A to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

Interrogatory 1

| Doc. No. | Rog 6 - Program | Rog 6 - Hardware | Rog 6 - Storage | Rog 6 - Alterations |
|---|---|---|---|---|
| AMC MI-04002 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-05002 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-03003 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-05006 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| Aero-Inst-011 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| Aero-Inst-008 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| Aero-Inst-001 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-08003 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-08002 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-05005 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 10 of 16
Exhibit 16 to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Rog 6 - Program | Rog 6 - Hardware | Rog 6 - Storage | Rog 6 - Alterations |
|---|---|---|---|---|
| AMC MI-03005 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-08001 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-06002 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-02001 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-05007 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
|  | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| Aero-Inst-004 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| Aero-Inst-017 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| Aero-Inst-012 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| Aero-Inst-009 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-04004 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 11 of 16
Exhibit 16 to Aerometals' Supplemental Responses to MD Helicopters' Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Rog 6 - Program | Rog 6 - Hardware | Rog 6 - Storage | Rog 6 - Alterations |
|---|---|---|---|---|
| Aero-Inst-013 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| Aero-Inst-014 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-03001 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
|  | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| Aero-Inst-002 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-04003 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-05004 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-07001 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-05003 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-02004 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 12 of 16
Exhibit 16 to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Rog 6 - Program | Rog 6 - Hardware | Rog 6 - Storage | Rog 6 - Alterations |
|---|---|---|---|---|
|  | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC-MI-02002 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
|  | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC MI-02003 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
|  | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |

ROG 2

| Doc. No. | Rog 6 - Program | Rog 6 - Hardware | Rog 6 - Storage | Rog 6 - Alterations |
|---|---|---|---|---|
| AMC MI-02005 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMC -MI-02006 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
|  | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |
| AMI-11 | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 13 of 16
Exhibit A to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Rog 6 - Program | Rog 6 - Hardware | Rog 6 - Storage | Rog 6 - Alterations |
|---|---|---|---|---|
| | Microsoft Word | Aerometals Computer | Aerometals website and server | Apparent on the face of the document |

**ROG 4**

| Doc. No. | Rog 6 - Program | Rog 6 - Hardware | Rog 6 - Storage | Rog 6 - Alterations |
|---|---|---|---|---|
| Aero-R-1071 | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
| | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
| | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
| Aero-R-1050 | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 14 of 16
Exhibit 16 to Aerometals' Supplemental Responses to MDHI's Interrogatories-Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Rog 6 - Program | Rog 6 - Hardware | Rog 6 - Storage | Rog 6 - Alterations |
|---|---|---|---|---|
| Aero-PSCP-1007 | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
| Aero-R-1040 | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
| Aero-PSCP-1005 | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
|  | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
| Aero-TP-1029 | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
|  | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
| Aero-R-1074 | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
| Aero-R-1089 | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |

Case 2:16-cv-02249-TLN-AC Document 48 Filed 04/18/17 Page 15 of 16
Exhibit 16 to Aerometals' Supplemental Responses to MDHI's Interrogatories Set 1
Confidential Pursuant to Protective Order- ECF Nos. 33 and 34

| Doc. No. | Rog 6 - Program | Rog 6 - Hardware | Rog 6 - Storage | Rog 6 - Alterations |
|---|---|---|---|---|
| Aero-R-1079 | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |
| | Microsoft Word | Aerometals Computer | Aerometals server | Apparent on the face of the document |

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, Tamora Horen, state: My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on April 10, 2017 I served the following document:

**SUPPLEMENTAL RESPONSE TO SPECIAL INTERROGATORIES, SET ONE**

I certify that on April 10, 2017 I served a copy of the foregoing document on the following parties:

**NAMES AND ADDRESSES OF PARTIES SERVED:**

William D. Janicki (CSBN 215960)
wjanicki@schnader.com
Lilian M. Loh (CSBN 296196)
lloh@schnader.com
Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, California 94108
Facsimile: 415-364-6785

William R. Black (CSBN 134048)
william.black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
Facsimile: 480-346-6410

X   BY FIRST CLASS MAIL: I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on April 10, 2017, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: April 10, 2017

_____
Tamora M. Horen