SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
(415) 364-6700
FAX: (415) 364-6785

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., | No. 2:16-cv-02249-TLN-AC |
| Plaintiff, | **ORDER RE PLAINTIFF MD HELICOPTERS, INC.'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| AEROMETALS, INC., | |
| Defendant. | |

Pursuant to Local Rule 141, MD Helicopters Inc.'s Request to Seal Documents in Support of its Motion for Preliminary Injunction is **GRANTED**.

The documents subject to this Order with SEAL 00240-531 shall remain sealed during the duration of this litigation pursuant to the terms of the Protective Order (ECF No. 33) in place unless the confidentiality designations are withdrawn or ordered removed. The documents

subject to the Order should be disclosed pursuant to the terms of the Protective Order.  The documents are permitted to be disclosed to the Court and its personnel.  (ECF No. 33 at 7.3(d).)

IT IS SO ORDERED

Dated: May 9, 2017

_____
Troy L. Nunley
United States District Judge

Schnader Harrison Segal & Lewis LLP
650 California Street, 19th Floor
San Francisco, CA 94108-2736
(415) 364-6700
FAX: (415) 364-6785