1  ROGERS JOSEPH O'DONNELL
   Robert S. Metzger (State Bar No. 81294)
2  Merri A. Baldwin (State Bar No. 141957)
   Josh M. Deitz (State Bar No. 267454)
3  311 California Street
   San Francisco, California 94104
4  Telephone: 415.956.2828
   Facsimile: 415.956.6457
5  rmetzger@rjo.com
   mbaldwin@rjo.com
6  jdeitz@rjo.com

7  Attorneys for Defendant
   AEROMETALS INC.
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., | No. 2:16-cv-02249-TLN-AC |
| Plaintiff, | **ORDER GRANTING REQUEST FOR ORDER TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF DEFENDANT AEROMETALS, INC.'S OPPOSITION TO MD HELICOPTERS, INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| AEROMETALS, INC., | |
| Defendant. | |

Defendant Aerometals, Inc.'s Request for an Order to File Under Seal Exhibits in Support of Defendant Aerometals, Inc.'s Opposition to MD Helicopters Inc.'s Motion for Preliminary Injunction pursuant to Local Rule 141 is hereby GRANTED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that the Exhibits in support of Aerometals, Inc.'s
2 Opposition to MD Helicopters, Inc.'s Motion for A Preliminary Injunction, labeled as
3 SEAL000532-1738 be filed under seal, pursuant to the terms of the protective order on file
4 herein (ECF Nos. 32, 33, and 34). These documents shall remain sealed during the duration
5 of this litigation pursuant to the terms of the protective order. The documents may be
6 disclosed to the Court and its personnel per the terms of the protective order (ECF No. 33 at
7 7.3(d)).
8    IT IS SO ORDERED

Dated: May 23, 2017

_____
Troy L. Nunley
United States District Judge