1  ROGERS JOSEPH O'DONNELL
   Robert S. Metzger (State Bar No. 81294)
2  Merri A. Baldwin (State Bar No. 141957)
   Josh M. Deitz (State Bar No. 267454)
3  311 California Street
   San Francisco, California 94104
4  Telephone:  415.956.2828
   Facsimile:  415.956.6457
5  rmetzger@rjo.com
   mbaldwin@rjo.com
6  jdeitz@rjo.com

7  Attorneys for Defendant
   AEROMETALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AEROMETALS, INC., <br><br> Defendant. | Case No. 2:16-cv-02249-TLN-AC <br><br> **ORDER GRANTING REQUEST FOR AN ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANT AEROMETALS, INC.'S OPPOSITION TO MD HELICOPTERS, INC.'S MOTION FOR LEAVE TO AMEND** |

Defendant Aerometals, Inc.'s Request for an Order to File Under Seal Documents in Support of Its Opposition to Plaintiff MD Helicopters, Inc.'s Motion for Leave to Amend pursuant to Local Rule 141 is GRANTED.

IT IS HEREBY ORDERED that Defendant shall file under seal an unredacted version of its Opposition to the Motion for Leave to Amend filed by Plaintiff MD Helicopters, Inc. pursuant to the terms of the Protective Order on file herein (ECF Nos. 32, 33, and 34). Defendant shall also file under seal Exhibits A through G to the Declaration of Robert S. Metzger filed in support of Defendant's Opposition.  These documents shall remain sealed during the duration of this litigation pursuant to the terms of the Protective Order

unless the confidentiality designations are withdrawn or ordered removed. The documents may be disclosed to the Court and its personnel per the terms of the Protective Order (ECF No. 33 at 7.3(d)).

IT IS SO ORDERED.

Dated: April 16, 2018

Troy L. Nunley
United States District Judge