ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
Merri A. Baldwin (State Bar No. 141957)
Josh M. Deitz (State Bar No. 267454)
Stephen L. Bacon (admitted *pro hac vice*)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
rmetzger@rjo.com
mbaldwin@rjo.com
jdeitz@rjo.com
sbacon@rjo.com

Attorneys for Defendant
AEROMETALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AEROMETALS, INC., <br><br> Defendant. | Case No. 2:16-cv-02249-TLN-AC <br><br> **ORDER GRANTING REQUEST TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANT AEROMETALS, INC.'S OPPOSITION TO MD HELICOPTERS, INC.'S MOTION FOR LEAVE TO FILE REVISED FIRST AMENDED COMPLAINT** <br><br> Date: February 7, 2019 <br> Time: 2:00 p.m. <br> Judge: Hon. Troy L. Nunley <br> Place: Courtroom 2, 15th floor |

Defendant Aerometals, Inc.'s Request to File Under Seal Documents in Support of Its Opposition to Plaintiff MD Helicopters, Inc.'s Motion for Leave to File Revised First Amended Complaint pursuant to Local Rule 141 is GRANTED.

The Clerk of the Court shall file under seal Exhibits A through G and Exhibit L to the Declaration of Robert S. Metzger filed in support of Defendant's Opposition. These documents shall remain sealed during the duration of this litigation pursuant to the terms of

Page 1

Case No.: 2:16-cv-02249-TLN-AC   Order Granting Request to File Under Seal Documents in Support of Aerometals' Opposition to MDHI's Motion for Leave to File Revised First Amended Complaint

453043.2

the Protective Order unless the confidentiality designations are withdrawn or ordered removed.

IT IS SO ORDERED.

Dated: February 4, 2019

Troy L. Nunley
United States District Judge

Page 2

Case No.: 2:16-cv-02249-TLN-AC   Order Granting Request to File Under Seal Documents in Support of Aerometals' Opposition to MDHI's Motion for Leave to File Revised First Amended Complaint

453043.2

# PROOF OF SERVICE
# [FRCivP 5(b)]

I, Tamora Horen, state: My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on January 24, 2019 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**[PROPOSED] ORDER GRANTING REQUEST TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF AEROMETALS, INC.'S OPPOSITION TO MD HELICOPTERS, INC.'S MOTION FOR LEAVE TO AMEND**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**

| | |
|---|---|
| William D. Janicki (SBN 215960) | William R. Black (SBN 134048) |
| William Christopher Dalton | MD Helicopters, Inc. |
| LeClairRyan LLP | 4555 East McDowell Road |
| 400 Capitol Mall, Ste. 1500 | Mesa, AZ 85215 |
| Sacramento, CA 95814 | Telephone: 480-346-6410 |
| Telephone: 916-246-1140 | Facsimile: 480-346-6410 |
| Facsimile: 916-246-1155 | william.black@mdhelicopters.com |
| William.Janicki@leclairryan.com | |
| Chris.Dalton@leclairryan.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: January 24, 2019           */s/ Tamora Horen*
                                  Tamora Horen

Page 3

Case No.: 2:16-cv-02249-TLN-AC   Order Granting Request to File Under Seal Documents in Support of Aerometals' Opposition to MDHI's Motion for Leave to File Revised First Amended Complaint

453043.2