**LECLAIR RYAN, LLP**
William D. Janicki (CA SBN 215960)
W. Christopher Dalton (CA SBN 267697)
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
T: 916.246.1140
F: 916.246.1155
William.Janicki@leclairryan.com
Chris.Dalton@leclairryan.com

William R. Black (CSBN 134048)
William.Black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
T: 480-346-6410
F: 480-346-6815

Attorneys for Plaintiff MD Helicopters, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AEROMETALS, INC., <br><br> Defendant. | Case No. 2:16-cv-02249-TLN-AC <br><br> **ORDER GRANTING MD HELICOPTERS, INC.'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMITATION OF REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE REVISED FIRST AMENDED COMPLAINT.** <br><br> **(Fed. R. Civ. P. 15(a))** <br><br> Date: February 7, 2019 <br> Time: 2:00 p.m. <br> Ctrm.: 2, 15th Floor <br> Judge: Hon. Troy L. Nunley |

LeClairRyan, LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916-246-1140
Facsimile: 916-246-1155

The Court has reviewed Plaintiff MD Helicopters, Inc.'s ("MDHI") *Ex Parte* Application Requesting to Exceed the Page Limitation of its Reply in Support of its Motion for Leave to File Revised First Amended Complaint against Aerometals, Inc. and Rex Kamphefner; the Motion and Opposition Briefs; as well as the presently filed twelve-page Reply Brief. For good cause appearing, the Court hereby grants MDHI's Application as follows:

The pages limits for Plaintiff MDHI's Reply in Support of its Motion for Leave to File Revised First Amended Complaint may be extended to twelve (12) pages.

IT IS SO ORDERED.

Dated: February 4, 2019

_____
Troy L. Nunley
United States District Judge

# CERTIFICATE OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of Sacramento, California, over the age of eighteen years, and not a party to the within cause. My business address is 400 Capitol Mall, Suite 1500, Sacramento, California 95814. On this date, I served the within:

**[PROPOSED] ORDER GRANTING MD HELICOPTERS, INC.'S EX PARTE APPLICATION TO EXCEED PAGE LIMITATION OF REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE REVISED FIRST AMENDED COMPLAINT.**

NAMES AND ADDRESSES OF PARTIES SERVED:

**Attorneys for Defendant AEROMETALS INC.**
ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
Merri A. Baldwin (State Bar No. 141957)
Joshua M. Deitz (State Bar No. 267454)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
rmetzger@rjo.com
mbaldwin@rjo.com
jdeitz@rjo.com

Stephen L. Bacon
Rogers, Joseph, O'Donnell
875 15th Street NW, Suite 725
Washington, D.C. 20005
Telephone: 202.777.8956
Facsimile: 202.347.8429
sbacon@rjo.com

**X** **(VIA ECF)** I caused the aforementioned document(s) to be transmitted by the Electronic Court Filing, the persons registered for electronic service as noted on the service list above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 30, 2019, at Sacramento, California.

*/s/ Maria Wilson*
Maria Wilson

LeClairRyan, LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916-246-1140
Facsimile: 916-246-1155