1  ROGERS JOSEPH O'DONNELL
   Robert S. Metzger (State Bar No. 81294)
2  rmetzger@rjo.com
   Merri A. Baldwin (State Bar No. 141957)
3  mbaldwin@rjo.com
   Joshua M. Deitz (State Bar No. 267454)
4  jdeitz@rjo.com
   Stephen L. Bacon
5  sbacon@rjo.com (admitted *pro hac vice*)
   311 California Street
6  San Francisco, California 94104
   Telephone: 415.956.2828
7  Facsimile: 415.956.6457

8  Attorneys for Defendant
   AEROMETALS, INC.
9

10

11                UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13

| MD HELICOPTERS, INC., | Case No. 2:16-cv-02249-TLN-AC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR AN ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF AEROMETALS, INC.'S OPPOSITION TO MD HELICOPTERS, INC.'S MOTION TO QUASH AEROMETALS' RULE 45 SUBPOENA TO THE BOEING COMPANY** |
| vs. | |
| AEROMETALS, INC., | |
| Defendant. | |
| | Date: March 13, 2019<br>Time: 10:00 a.m.<br>Ctrm: 26, 8th Fl. |
| | The Honorable Allison Claire |

Defendant Aerometals, Inc.'s Request for an Order to File Under Seal Documents in Support of Its Opposition to Plaintiff MD Helicopters, Inc.'s Motion to Quash Aerometals' Rule 45 Subpoena to The Boeing Company pursuant to Local Rule 141 is GRANTED.

IT IS HEREBY ORDERED that Defendant shall file under seal Exhibits A

1 through B to the Declaration of Stephen L. Bacon filed in support of Defendant's Opposition.
2 These documents shall remain sealed during the duration of this litigation pursuant to the
3 terms of the Protective Order unless the confidentiality designations are withdrawn or ordered
4 removed. The documents may be disclosed to the Court and its personnel per the terms of the
5 Protective Order (ECF No. 33 at 7.3(d)).

6     IT IS SO ORDERED.

7 DATED: March 7, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE