**LECLAIR RYAN, LLP**
William D. Janicki (CA SBN 215960)
W. Christopher Dalton (CA SBN 267697)
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
T: 916.246.1140
F: 916.246.1155
William.Janicki@leclairryan.com
Chris.Dalton@leclairryan.com

William R. Black (CSBN 134048)
William.Black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
T: 480-346-6410
F: 480-346-6815

Attorneys for Plaintiff MD Helicopters, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AEROMETALS, INC., <br><br> Defendant. | Case No. 2:16-cv-02249-TLN-AC <br><br> **[PROPOSED] ORDER GRANTING MD HELICOPTERS, INC.'S REQUEST TO SEAL DOCUMENTS RE MOTION TO COMPEL DISCOVERY FROM AEROMETALS, INC.** <br><br> Date: March 13, 2019 <br> Time: 10:00 a.m. <br> Ctrm.: 26, 8th Floor <br> Judge: Hon. Allison Claire |

Plaintiff MD Helicopters, Inc.'s Request to Seal Documents Re. Motion to Compel Discovery from Aerometals (the "Request") pursuant to Local Rule 141 is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff MD Helicopters, Inc. shall file under seal Exhibits 1-4 to the Declaration of W. Christopher Dalton filed in support of the Request. These documents shall remain sealed during the duration of this litigation pursuant to the terms of the

---

**[PROPOSED] ORDER GRANTING MDHI'S REQUEST TO SEAL DOCUMENTS RE MOTION TO COMPEL DISCOVERY**

Protective Order entered in this matter, unless the confidentiality designations are withdrawn or ordered removed. The documents may be disclosed to the Court and its personnel per the terms of the Protective Order (Dkt. 33 at 7.3(d)).

IT IS SO ORDERED.

DATED: March 8, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LeClairRyan, LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916-246-1140
Facsimile: 916-246-1155

**[PROPOSED] ORDER GRANTING MDHI'S REQUEST TO SEAL DOCUMENTS RE MOTION TO COMPEL DISCOVERY**

LeClairRyan, LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916-246-1140
Facsimile: 916-246-1155