ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
rmetzger@rjo.com
Merri A. Baldwin (State Bar No. 141957)
mbaldwin@rjo.com
Joshua M. Deitz (State Bar No. 267454)
jdeitz@rjo.com
Stephen L. Bacon
sbacon@rjo.com (admitted *pro hac vice*)
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
AEROMETALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>AEROMETALS, INC.,<br><br>   Defendant. | Case No. 2:16-cv-02249-TLN-AC<br><br>**ORDER GRANTING REQUEST FOR AN ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF AEROMETALS, INC.'S MOTION TO BIFURCATE DISCOVERY**<br><br>Date:  May 2, 2019<br>Time:  10:00 a.m.<br>Ctrm:  26, 8th Fl. |

Defendant Aerometals, Inc.'s Request for an Order to File Under Seal Documents in Support of its Motion to Bifurcate Discovery pursuant to Local Rule 141 is GRANTED.

IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Exhibits A, B, and C to the Declaration of Stephen L. Bacon filed in support of Defendant's Motion to Bifurcate.

///

///

1   These documents shall remain sealed during the duration of this litigation pursuant to
2   the terms of the Protective Order unless the confidentiality designations are withdrawn or
3   ordered removed. The documents may be disclosed to the Court and its personnel per the
4   terms of the Protective Order (ECF No. 33 at 7.3(d)).

5   IT IS SO ORDERED.

6   Dated: April 17, 2019

Troy L. Nunley
United States District Judge

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, Tamora Horen, state: My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on April 17, 2019 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**[PROPOSED] ORDER GRANTING REQUEST TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF AEROMETALS INC.'S MOTION TO BIFURCATE DISCOVERY**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**

| | |
|---|---|
| William D. Janicki | William R. Black |
| William Christopher Dalton | MD Helicopters, Inc. |
| LeClairRyan LLP | 4555 East McDowell Road |
| 400 Capitol Mall, Ste. 1500 | Mesa, AZ 85215 |
| Sacramento, CA 95814 | Telephone: 480-346-6410 |
| 916-246-1140 | Facsimile: 480-346-6410 |
| Fax: 916-246-1155 | william.black@mdhelicopters.com |
| William.Janicki@leclairryan.com | |
| Chris.Dalton@leclairryan.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: April 17, 2019      /s/ *Tamora Horen*
                                                Tamora M. Horen