1  ROGERS JOSEPH O'DONNELL
   Robert S. Metzger (State Bar No. 81294)
2  rmetzger@rjo.com
   Merri A. Baldwin (State Bar No. 141957)
3  mbaldwin@rjo.com
   Joshua M. Deitz (State Bar No. 267454)
4  jdeitz@rjo.com
   Stephen L. Bacon
5  sbacon@rjo.com (admitted *pro hac vice*)
   311 California Street
6  San Francisco, California 94104
   Telephone: 415.956.2828
7  Facsimile: 415.956.6457

8  Attorneys for Defendant
   AEROMETALS, INC.
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>AEROMETALS, INC.,<br><br>  Defendant. | Case No. 2:16-cv-02249-TLN-AC<br><br>**ORDER GRANTING REQUEST TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF AEROMETALS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STAY ALL PROCEEDINGS**<br><br>Date: May 16, 2019<br>Time: 2:00 p.m.<br>Ctrm: 2, 15th Fl.<br><br>The Honorable Troy L. Nunley |

Good cause appearing, Defendant Aerometals, Inc.'s Request to File Under Seal Documents in Support of its Motion for Judgment on the Pleadings or, in the Alternative, to Stay All Proceedings pursuant to Local Rule 141 is GRANTED.

The Clerk of the Court is directed to file under seal the following documents:

- the unredacted Memorandum of Points and Authorities as well as Exhibits 3-9 to the Declaration of Stephen L. Bacon filed in support of Defendant's Motion for

Page 1
Case No.: 2:16-cv-02249-TLN-AC  Order Granting Request to File Under Seal Documents in Support
of Aerometals' Motion for Judgment on the Pleadings or to Stay Proceedings
489087.1

Judgment on the Pleadings or, in the Alternative, to Stay All Proceedings.

These documents shall remain sealed during the duration of this litigation pursuant to the terms of the Protective Order unless the confidentiality designations are withdrawn or ordered removed.

IT IS SO ORDERED.

Dated: May 1, 2019

_____
Troy L. Nunley
United States District Judge

**PROOF OF SERVICE**
**[FRCivP 5(b)]**

I, Kate A. Christensen, state: My business address is 311 California Street, 10th Floor, San Francisco, CA 94104. I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on May 1, 2019 I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**[PROPOSED] ORDER GRANTING REQUEST TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF AEROMETALS INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STAY ALL PROCEEDINGS**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**NAMES AND ADDRESSES OF PARTIES SERVED:**

| | |
|---|---|
| William D. Janicki<br>William Christopher Dalton<br>LeClairRyan LLP<br>400 Capitol Mall, Ste. 1500<br>Sacramento, CA 95814<br>916-246-1140<br>Fax: 916-246-1155<br>William.Janicki@leclairryan.com<br>Chris.Dalton@leclairryan.com | William R. Black<br>MD Helicopters, Inc.<br>4555 East McDowell Road<br>Mesa, AZ 85215<br>Telephone: 480-346-6410<br>Facsimile: 480-346-6410<br>william.black@mdhelicopters.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: May 1, 2019

*Kate A. Christensen*
Kate A. Christensen, PLS