**LECLAIR RYAN, LLP**
William D. Janicki (CA SBN 215960)
W. Christopher Dalton (CA SBN 267697)
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
T: 916.246.1140
F: 916.246.1155
William.Janicki@leclairryan.com
Chris.Dalton@leclairryan.com

William R. Black (CSBN 134048)
William.Black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
T: 480-346-6410
F: 480-346-6815

Attorneys for Plaintiff MD Helicopters, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>AEROMETALS, INC., <br><br>Defendant. | Case No. 2:16-cv-02249-TLN-AC <br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISAGREEMENT** <br><br>Date: May 15, 2019 <br>Time: 10:00 a.m. <br>Ctrm.: 26, 8th Floor <br>Judge: Hon. Allison Claire |

Plaintiff MD Helicopters, Inc.'s Request to Seal Documents in Support of Joint Statement Regarding Discovery Dispute (the "Request") pursuant to Local Rule 141 is hereby GRANTED.

---

**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISAGREEMENT**

IT IS HEREBY ORDERED that Plaintiff MD Helicopters, Inc. shall file under seal six documents produced by Aerometals in the course of this litigation and designated "Highly Confidential – Attorneys' Eyes Only." These documents shall remain sealed during the duration of this litigation pursuant to the terms of the Protective Order entered in this matter, unless the confidentiality designations are withdrawn or ordered removed. The documents may be disclosed to the Court and its personnel per the terms of the Protective Order (Dkt. 33 at 7.3(d)).

IT IS SO ORDERED.

DATED: May 9, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LeClairRyan, LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916-246-1140
Facsimile: 916-246-1155

**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISAGREEMENT**

LeClairRyan, LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916-246-1140
Facsimile: 916-246-1155