**LECLAIR RYAN, LLP**
William D. Janicki (CA SBN 215960)
W. Christopher Dalton (CA SBN 267697)
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
T: 916.246.1140
F: 916.246.1155
William.Janicki@leclairryan.com
Chris.Dalton@leclairryan.com

William R. Black (CSBN 134048)
William.Black@mdhelicopters.com
MD Helicopters, Inc.
4555 East McDowell Road
Mesa, Arizona 85215
T: 480-346-6410
F: 480-346-6815

Attorneys for Plaintiff MD Helicopters, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AEROMETALS, INC., <br><br> Defendant. | Case No. 2:16-cv-02249-TLN-AC <br><br> **ORDER GRANTING REQUEST TO SEAL 1. MD HELICOPTERS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO AEROMETALS' MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STAY ALL PROCEEDINGS AND 2. DECLARATION OF WILLIAM R. BLACK IN SUPPORT THEREOF** <br><br> Date: May 16, 2019 <br> Time: 2:00 p.m. <br> Ctrm.: 2, 15th Floor <br> Judge: Hon. Troy L. Nunley |

LeClairRyan, LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916-246-1140
Facsimile: 916-246-1155

Good cause appearing, Plaintiff MD Helicopters, Inc.'s Request to Seal (ECF No. 148) is hereby GRANTED. The Clerk of Court is directed to file the following under seal:

(1) MD Helicopters, Inc.'s Memorandum of Points and Authorities in Opposition to Aerometals' Motion for Judgment on the Pleadings or, In the Alternative, to Stay all Proceedings, and

(2) the Declaration of William R. Black in support thereof.

These documents shall remain sealed during the duration of this litigation pursuant to the terms of the Protective Order entered in this matter, unless the confidentiality designations are withdrawn or ordered removed.

IT IS SO ORDERED.

Dated: May 10, 2019

_____
Troy L. Nunley
United States District Judge

**ORDER GRANTING REQUEST TO SEAL 1. MDHI MPA IN OPPOSITION TO AEROMETALS' MOTION FOR JUDGMENT ON THE PLEADINGS 2. DECLARATION OF WILLIAM R. BLACK IN SUPPORT THEREOF**

# CERTIFICATE OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of Sacramento, California, over the age of eighteen years, and not a party to the within cause. My business address is 400 Capitol Mall, Suite 1500, Sacramento, California 95814.

I hereby certify that on May 2, 2019, I electronically filed the foregoing document with the United States District Court, Eastern District of California by using the CM/ECF system.

**[PROPOSED] ORDER GRANTING REQUEST TO SEAL MD HELICOPTERS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO AEROEMTALS' MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STAY ALL PROCEEDINGS AND DECLARATION OF WILLIAM R. BLACK IN SUPPORT THEREOF**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

NAMES AND ADDRESSES OF PARTIES SERVED:

**Attorneys for Defendant AEROMETALS INC.**
ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
Merri A. Baldwin (State Bar No. 141957)
Joshua M. Deitz (State Bar No. 267454)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
rmetzger@rjo.com
mbaldwin@rjo.com
jdeitz@rjo.com

Stephen L. Bacon
Rogers, Joseph, O'Donnell
875 15th Street NW, Suite 725
Washington, D.C. 20005
Telephone: 202.777.8956
Facsimile: 202.347.8429
sbacon@rjo.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 2, 2019, at Sacramento, California.

_____
Maria Wilson

LeClairRyan, LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916-246-1140
Facsimile: 916-246-1155