ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
rmetzger@rjo.com
Merri A. Baldwin (State Bar No. 141957)
mbaldwin@rjo.com
Joshua M. Deitz (State Bar No. 267454)
jdeitz@rjo.com
Stephen L. Bacon
sbacon@rjo.com (admitted *pro hac vice*)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
AEROMETALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AEROMETALS, INC.,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02249-TLN-AC<br><br>**ORDER GRANTING REQUEST TO FILE UNDER SEAL THE UNREDACTED REPLY IN SUPPORT OF AEROMETALS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STAY ALL PROCEEDINGS**<br><br>Date:　May 16, 2019<br>Time:　2:00 p.m.<br>Ctrm:　2, 15th Fl.<br><br>The Honorable Troy L. Nunley |

Defendant Aerometals, Inc.'s Request for an Order to File Under Seal the Unredacted Reply in Support of its Motion for Judgment on the Pleadings or, in the Alternative, to Stay All Proceedings pursuant to Local Rule 141 (ECF No. 155) is GRANTED.

The Clerk of the Court is directed to file under seal the unredacted Reply filed in support of Defendant's Motion for Judgment on the Pleadings or, in the Alternative, to Stay All Proceedings. This document shall remain sealed during the duration of this litigation

Page 1
Case No.: 2:16-cv-02249-TLN-AC  Order Granting Request to File Under Seal Reply in Support
of Aerometals' Motion for Judgment on the Pleadings or to Stay Proceedings
492145.1

pursuant to the terms of the Protective Order unless the confidentiality designations are withdrawn or ordered removed.

IT IS SO ORDERED.

Dated: May 15, 2019

Troy L. Nunley
United States District Judge