1  GIBSON, DUNN & CRUTCHER LLP
   SCOTT A. EDELMAN, SBN 116927
2    sedelman@gibsondunn.com
   2029 Century Park East
3  Los Angeles, CA 90067-3026
   Telephone: (310) 552-8500
4  Facsimile: (310) 551-8741

5  BENJAMIN WAGNER, SBN 163581
     bwagner@gibsondunn.com
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Telephone: (650) 849-5300
   Facsimile: (650) 849-5333
8
   JOSEPH R. ROSE, SBN 279092
9    jrose@gibsondunn.com
   555 Mission Street, Suite 3000
10 San Francisco, California 94105
   Telephone: (415) 393-8200
11 Facsimile: (415) 374-8306

12 Attorneys for Plaintiff
   MD HELICOPTERS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AEROMETALS, INC., <br><br> Defendant. | CASE NO. 2:16-cv-02249-TLN-AC <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISQUALIFY GIBSON DUNN AS COUNSEL FOR PLAINTIFF** <br><br> Ctrm.: 2, 15th Floor <br> Judge: Hon. Troy L. Nunley |

Gibson, Dunn & Crutcher LLP

ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO
DISQUALIFY GIBSON DUNN AS COUNSEL FOR PLAINTIFF
Case No. 2:16-cv-02249-TLN-AC

# ORDER

The Court has reviewed Plaintiff MD Helicopters, Inc.'s ("MDHI") and Defendant Aerometals, Inc.'s ("Aerometals") Joint Stipulation to Continue the Hearing on Defendant's Motion to Disqualify Gibson Dunn as Counsel for Plaintiff.  For good cause appearing, IT IS HEREBY ORDERED that:

1. The Joint Stipulation is GRANTED on the grounds stated therein;

2. The hearing on Defendant's Motion to Disqualify Gibson Dunn currently set for October 17, 2019 is continued to November 14, 2019; and

3. Plaintiff MDHI shall file its Opposition to Aerometals' Motion to Disqualify Gibson Dunn as Counsel for Plaintiff MDHI by October 21, 2019.

IT IS SO ORDERED.

DATED:  September 26, 2019

_____
Troy L. Nunley
United States District Judge

Gibson, Dunn & Crutcher LLP

ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISQUALIFY GIBSON DUNN AS COUNSEL FOR PLAINTIFF
Case No. 2:16-cv-02249-TLN-AC