# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AEROMETALS, INC. and REX KAMPHEFNER, <br><br> Defendants. | Case No. 2:16-cv-02249-TLN-AC <br><br> **ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** |

The Court has reviewed Plaintiff MD Helicopters, Inc.'s ("MDHI") and Defendants Aerometals, Inc. ("Aerometals") and Rex Kamphefner's Joint Stipulation extending Plaintiff's deadline to respond to Defendants' Motions to Dismiss. IT IS HEREBY ORDERED that Plaintiff shall respond to Defendants' Motions to Dismiss, Dkt. Nos. 219, 220, on or before July 26, 2021. The hearing on Defendants' Motions to Dismiss is hereby rescheduled for **August 19, 2021**, at 2:00 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated: May 25. 2021

Troy L. Nunley
United States District Judge