# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AEROMETALS, INC. and REX KAMPHEFNER, <br><br> Defendants. | Case No. 2:16-cv-02249-TLN-AC <br><br> **ORDER REGARDING FURTHER STATUS REPORT** |

The parties shall submit a joint status report on July 30, 2021, which shall include the deadlines addressed by the Court's March 26 Order. It is so ORDERED.

Dated: June 24, 2021

_____
Troy L. Nunley
United States District Judge