# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AEROMETALS, INC. and REX KAMPHEFNER,<br><br>Defendants. | Case No. 2:16-cv-02249-TLN-AC<br><br>**ORDER REGARDING PAGE LIMIT FOR MD HELICOPTERS, INC.'S COMBINED OPPOSITION TO DEFENDANT AEROMETALS, INC.'S MOTION TO DISMISS COUNTS IV–VIII OF THE FIRST AMENDED COMPLAINT AND DEFENDANT REX KAMPHEFNER'S MOTION TO DISMISS COUNT XI OF THE FIRST AMENDED COMPLAINT** |

The Court has reviewed Plaintiff MD Helicopters, Inc.'s ("MDHI") and Defendants Aerometals, Inc. ("Aerometals") and Rex Kamphefner's ("Kamphefner") Joint Stipulation Regarding Page Limit for MDHI's Combined Opposition to Aerometals' Motion to Dismiss Counts IV-VIII of the First Amended Complaint ("Aerometals' Motion") and Kamphefner's Motion to Dismiss Count XI of the First Amended Complaint ("Kamphefner's Motion"). IT IS HEREBY ORDERED that MDHI may file a combined opposition to Aerometals' Motion and Kamphefner's Motion with a 25-page limit.

IT IS SO ORDERED.

Dated:  July 23, 2021

Troy L. Nunley
United States District Judge