ROGERS JOSEPH O'DONNELL
Robert S. Metzger (State Bar No. 81294)
rmetzger@rjo.com
Merri A. Baldwin (State Bar No. 141957)
mbaldwin@rjo.com
Joshua M. Deitz (State Bar No. 267454)
jdeitz@rjo.com
Stephen L. Bacon
sbacon@rjo.com (admitted *pro hac vice*)
311 California Street, 10th Fl.
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants
AEROMETALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HELICOPTERS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>AEROMETALS, INC. and REX KAMPHEFNER,<br><br>            Defendants. | Case No. 2:16-cv-02249-TLN-AC<br><br>**ORDER FOR FURTHER CONTINUATION OF DEADLINES TO SUBMIT JOINT STATUS REPORT AND DEADLINE TO SUBMIT REPLY BRIEFS RE MOTIONS TO DISMISS**<br><br>The Honorable Troy L. Nunley |

The parties shall submit a joint status report on March 18, 2022, which shall include the deadlines addressed by the Court's March 26 Order (Dkt. No. 212).

In addition, Defendants' deadline to submit reply briefs in support of their Motions to Dismiss (Dkt. Nos. 219 and 220) is continued to March 18, 2022.

It is so ORDERED.

Dated: January 11, 2022

_____
Troy L. Nunley
United States District Judge

Page 1

Case No.:  2:16-cv-02249-TLN-AC    Order for Further Continuation of Deadlines to File
Joint Status Report and Reply Briefs re Motions to Dismiss